**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/19

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **Hagaman Property Development, LLC** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **47-1708786** |

**4.   Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1172 Fischer Blvd.** **Toms River, NJ 08753** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ocean** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   _____

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Hagaman Property Development, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>    2389    </u>

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor | | Relationship |
|---|---|---|---|
| | District | When | Case number, if known |

Debtor    **Hagaman Property Development, LLC**                                    Case number (*if known*) _____
Name

---

**11.  Why is the case filed in *this district?***    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

---

### ▮  Statistical and administrative information

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Hagaman Property Development, LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. Declaration and signature of authorized representative of debtor | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2020**
              MM / DD / YYYY

**X** **/s/ Robert Hagaman**                                    **Robert Hagaman**
Signature of authorized representative of debtor          Printed name

Title    **Managing Member**

---

| 18. Signature of attorney | **X** **/s/ Eugene D. Roth** | Date **February 11, 2020** |
|---|---|---|

Signature of attorney for debtor                                MM / DD / YYYY

**Eugene D. Roth**
Printed name

**Law Office of Eugene D. Roth**
Firm name

**2520 Highway 35, Suite 307**
**Manasquan, NJ 08736**
Number, Street, City, State & ZIP Code

Contact phone   **732-292-9288**     Email address   **erothesq@gmail.com**

**4239 NJ**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Hagaman Property Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **February 11, 2020**    X **/s/ Robert Hagaman**
Signature of individual signing on behalf of debtor

**Robert Hagaman**
Printed name

**Managing Member**
Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hagaman Property Development, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Ally Financial PO Box 380902 Minneapolis, MN 55438-0902** | | **2019 Ford F550** | | $68,700.00 | $48,995.00 | $19,705.00 |
| **Ally Financial PO Box 280902 Minneapolis, MN 55438-0902** | | **2019 Nissan NV 3500** | | $35,000.00 | $18,953.00 | $16,047.00 |
| **American Express PO Box 1270 Newark, NJ 07101-1270** | | **Loan** | | | | $59,951.62 |
| **Arch Insurance 210 Hudson Street Suite 300 Jersey City, NJ 07311** | | **General Liability** | | | | $40,203.45 |
| **Blue Vine 401 Warren Street Suite 300 Redwood City, CA 94063** | | **Loan** | | | | $52,130.00 |
| **Blue Vine c/o Dedicated Commercial Recovery 1970 Oakcrest Ave. Suite 217 Saint Paul, MN 55113** | | **Goods and Service** | | | | $67,102.50 |
| **Everest Business Funding 5 West 37th Street Suite 1100 New York, NY 10018** | | **Loan** | | | | $97,000.00 |

| Debtor | **Hagaman Property Development, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **GM Financial 4001 Embarcadero Drive Arlington, TX 76014** | | **2016 Chevy 2500** | | **$31,141.00** | **$9,072.00** | **$22,069.00** |
| **Guice Electric LLC 613 First Avenue Ocean Springs, MS 39564** | | **Goods and Services** | | | | **$42,035.66** |
| **Jake Sewer & Drain Cleaning PO Box 7536 Fargo, ND 58106** | | **Goods and Services** | | | | **$25,199.00** |
| **Kushnick-Pallaci PLLC 630 Jognson Ave Suite 201 Bohemia, NY 11716** | | **Attorney Fees** | | | | **$25,000.00** |
| **Nano Flex Funding** | | **Loan** | | | | **$85,000.00** |
| **Nissan Finanace Motor Acceptance PO Box 660360 Dallas, TX 75266-0360** | | **2017 Nissan NV 2500** | | **$35,000.00** | **$10,424.00** | **$24,576.00** |
| **Nissan Finanace Motor Acceptance PO Box 660360 Dallas, TX 75266-0360** | | **2017 Nissan NV 2500** | | **$23,000.00** | **$12,020.00** | **$23,000.00** |
| **Plumbing Today, Inc. c/o Aldo Vitagilano, Esq. 150 Purchase St #9 Rye, NY 10580** | | **Arbitration Award** | **Contingent Disputed** | | | **$331,339.23** |
| **Quarter Spot c/o Parket Simon Koklis 110 N Washington St Suite 500 Rockville, MD 20850** | | **Loan** | | | | **$115,353.91** |
| **Roto Rooter 5672 Collections Center Drive Chicago, IL 60693** | | **Goods & Services** | | | | **$17,576.97** |
| **Roto Rooter Sewer Drain Services 2840 Wilder Rd NW Rochester, MN 55901** | | **Goods & Services** | | | | **$16,773.19** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **TD Bank, N.A.**<br>**PO BOx 100295**<br>**Columbia, SC**<br>**29202-3295** | | **2016 Chevy 2500** | | **$35,997.35** | **$15,428.00** | **$20,569.35** |
| **TD Bank, N.A.**<br>**PO Box 100295**<br>**Columbia, SC**<br>**29202-3295** | | **2018 Nissan NV3500** | | **$32,400.00** | **$7,511.00** | **$24,889.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Hagaman Property Development, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
|---|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **First Constitution Bank** | **Operating Checking Account** | 0105 | **$1,564.04** |
| 3.2. | **First Constitution Bank** | **Payroll Checking Account** | 6373 | **$104.00** |
| 3.3. | **First Constitution Bank** | **Checking Account** | 0113 | **$125.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $1,793.04

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | | | |
|---|---|---|---|---|---|
| | 11a. 90 days old or less: | **155,761.32** | - | **0.00** | = .... | **$155,761.32** |
| | | face amount | | doubtful or uncollectible accounts | | |

| | 11b. Over 90 days old: | **6,564.91** | - | **6,564.91** | = .... | **$0.00** |
|---|---|---|---|---|---|---|
| | | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | **$155,761.32** |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:     Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:     Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:     Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:     Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** **Miscellaneous furniture** | **$3,000.00** | **N/A** | **$3,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **Misc. office equipment** | **$2,000.00** | **N/A** | **$2,000.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

Debtor    **Hagaman Property Development, LLC**                          Case number *(if known)* _____
Name

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $5,000.00 |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Nissan NV2500** | $0.00 | | $10,856.00 |
| 47.2.  **2018 Nissan NV3500** | $0.00 | | $7,511.00 |
| 47.3.  **2017 Nissan NV2500** | $0.00 | | $15,129.00 |
| 47.4.  **2017 Chevy Cutaway** | $0.00 | | $24,985.00 |
| 47.5.  **2017 Chevy Cutaway** | $0.00 | | $29,995.00 |
| 47.6.  **2018 Nissan NV 2500** | $0.00 | | $23,181.00 |
| 47.7.  **2017 Nissan NV 3500** | $0.00 | | $15,140.00 |
| 47.8.  **2019 Nissan NV 2500** | $0.00 | | $24,308.00 |
| 47.9.  **2018 Nissan NV 2500** | $0.00 | | $16,763.00 |
| 47.10.  **2016 Chevy 2500** | $0.00 | | $15,428.00 |
| 47.11.  **2017 Chevy 2500** | $0.00 | | $16,879.00 |
| 47.12.  **2019 Nissan NV 3500** | $0.00 | | $25,202.00 |

Debtor  **Hagaman Property Development, LLC**                Case number *(If known)*  _____
        Name

| 47.13. | **2019 Nissan NV 3500** | $0.00 | | $18,953.00 |
|---|---|---|---|---|
| 47.14. | **2017 Nissan NV 2500** | $0.00 | | $12,020.00 |
| 47.15. | **2018 Nissan NV 2500** | $0.00 | | $17,664.00 |
| 47.16. | **2017 Nissan NV 2500** | $0.00 | | $9,548.00 |
| 47.17. | **2017 Nissan Frontier** | $0.00 | | $14,024.00 |
| 47.18. | **2017 Ford F450** | $0.00 | | $42,988.00 |
| 47.19. | **2017 Nissan NV 2500** | $0.00 | | $10,424.00 |
| 47.20. | **2017 Chevy 2500** | $0.00 | | $16,053.00 |
| 47.21. | **2016 Chevy 2500** | $0.00 | N/A | $9,072.00 |
| 47.22. | **2019 Ford F550** | $0.00 | | $48,995.00 |
| 47.23. | **2017 Chevy NV 2500** | $0.00 | | $9,552.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

| | **45' Boom Lift** | Unknown | | Unknown |
|---|---|---|---|---|
| | **Explorer Camera/ Cable Drain Machine** | Unknown | | Unknown |
| | **Roll Off** | $0.00 | | Unknown |
| | **Trailer/ Hydro Hot Jetter** | Unknown | | Unknown |
| | **72" Rottary Cutter Head Model AP-SC2572-01-15** | Unknown | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | |
|---|---|---|
| **U27-4RI Tail Swing Escavator** | **Unknown** | **Unknown** |
| **L47 Tractor With Back Hoe** | **Unknown** | **Unknown** |
| **ZD1011-54 Diesel Mower** | **Unknown** | **Unknown** |
| **SSV65PHC Loader Skid Steer** | **Unknown** | **Unknown** |
| **72" Skid Steer Sweeper** | **Unknown** | **Unknown** |

51. **Total of Part 8.**

   Add lines 47 through 50.  Copy the total to line 87.

   | **$434,670.00** |
   |---|

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

   ☑ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1172 Fischer Blvd<br>Toms River, NJ 08753** | **Fee simple** | **$0.00** | **Comparable sales** | **$1,500,000.00** |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
   Copy the total to line 88.

   | **$1,500,000.00** |
   |---|

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

   ☑ No
   ☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

   ☑ No
   ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Hagaman Property Development, LLC**
Name

Case number *(If known)* _____

| Part 10: | Intangibles and intellectual property |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.  **Notes receivable**<br>Description (include name of obligor) | |
| 72.  **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.  **Interests in insurance policies or annuities** | |
| 74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>Hagaman Property Development, LLC v.  Plumbing Today, Inc. Index No. 58718/2018 | $0.00 |
| Nature of claim    **Contract Claim** | |
| Amount requested          **$413,624.46** | |
| 75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.  **Trusts, equitable or future interests in property** | |
| 77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>Arbitration Escow (Hagaman Property Development, LLC v. Plumbing Today, Inc. Index No. 58718/2018) | $115,000.00 |
| Mechanics Lien Bond (Hagaman Property Development, LLC v. Plumbing Today, Inc Index No. 58718/2018.) | $28,000.00 |
| 78.  **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $143,000.00 |

**79.    Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

Debtor    **Hagaman Property Development, LLC**                    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,793.04 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $155,761.32 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $434,670.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $1,500,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $143,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $740,224.36 | + 91b. $1,500,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,240,224.36 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Hagaman Property Development, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW JERSEY**

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **Ally Financial** | | |
|---|---|---|---|

| | | | Column A | Column B |
|---|---|---|---|---|
| | Creditor's Name | | | |
| | **PO Box 380902**<br>**Minneapolis, MN**<br>**55438-0902** | Describe debtor's property that is subject to a lien<br>**2019 Nissan NV 2500** | **$31,300.00** | **$24,308.00** |

Creditor's mailing address

Describe the lien
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3955**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 | **Ally Financial** | | $19,770.00 | $12,020.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 280902**
**Minneapolis, MN**
**55438-0902**

Describe debtor's property that is subject to a lien
**2017 Nissan NV 2500**

Creditor's mailing address

Describe the lien
**Automobile Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7525**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Hagaman Property Development, LLC**                                  Case number (if know) _____
_____
Name

☐ No                                    ☐ Contingent
■ Yes. Specify each creditor,          ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.
**1. Ally Financial**
**2. Nissan Finanace Motor**
**Acceptance**

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $31,000.00 | $16,879.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902**
**Minneapolis, MN**
**55439-0902**

**2017 Chevy 2500**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0596**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | Describe debtor's property that is subject to a lien | $35,000.00 | $18,953.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 280902**
**Minneapolis, MN**
**55438-0902**

**2019 Nissan NV 3500**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**4575**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Financial** | Describe debtor's property that is subject to a lien | $25,900.00 | $17,664.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 380902**
**Minneapolis, MN**
**55438-0902**

**2018 Nissan NV 2500**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Hagaman Property Development, LLC**
Name

Case number *(if know)*

---

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5875**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ally Financial** | Describe debtor's property that is subject to a lien | $68,700.00 | $48,995.00 |
|---|---|---|---|---|

Creditor's Name
**PO Box 380902**
**Minneapolis, MN**
**55438-0902**
Creditor's mailing address

**2019 Ford F550**

**Describe the lien**
**Automobile Loan**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**7950**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Centra Leasing** | Describe debtor's property that is subject to a lien | $18,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name
**5403 Olympic Drive NW**
**Suite 200**
**Gig Harbor, WA 98335**
Creditor's mailing address

**Roll Off**

**Describe the lien**
**Commercial Loan**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**6856**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.8 | **Centra Leasing** | Describe debtor's property that is subject to a lien | $20,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**5403 Olympic Drive NW
Gig Harbor, WA 98335**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
4917**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Trailer/ Hydro Hot Jetter**

Describe the lien
**Commercial Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Chase Auto Finance** | Describe debtor's property that is subject to a lien | $22,300.00 | $14,024.00 |
|---|---|---|---|---|

Creditor's Name

**PO Box 15548
Wilmington, DE 19886-5548**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0106**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2017 Nissan Frontier**

Describe the lien
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.1 0 | **Citizens Bank** | Describe debtor's property that is subject to a lien | $21,000.00 | $9,552.00 |
|---|---|---|---|---|

Creditor's Name

**One Citizens Drive
Riverside, RI 02915**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
0152**

Describe debtor's property that is subject to a lien
**2017 Chevy NV 2500**

Describe the lien
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

| Official Form 206D | Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property** | page 4 of 14 |
|---|---|---|

Debtor  **Hagaman Property Development, LLC**                    Case number (*if know*)
_____                    _____
          Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.1 1**  **Financial Pacific Leasing**

Creditor's Name

**3455 S.344th Way, Suite300
Federal Way, WA 98001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4302**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

Describe debtor's property that is subject to a lien          $15,000.00          Unknown
**45' Boom Lift**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**2.1 2**  **Financial Pacific Leasing**

Creditor's Name

**3455 S.344th Way, Suite300
Federal Way, WA 98001**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**4301**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

Describe debtor's property that is subject to a lien          $20,000.00          Unknown
**Explorer Camera/ Cable Drain Machine**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

**2.1 3**  **Ford Motor Credit**

Creditor's Name

**PO Box 220564
Pittsburgh, PA 15257-2564**

Creditor's mailing address

Describe debtor's property that is subject to a lien          $47,000.00          $42,988.00
**2017 Ford F450**

Describe the lien

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 14

| Debtor | **Hagaman Property Development, LLC** | | Case number (if know) | |
| | Name | | | |

**Automobile Loan**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4734**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 4 | **GM Financial** | **Describe debtor's property that is subject to a lien** | **$27,700.00** | **$16,053.00** |
| | Creditor's Name | **2017 Chevy 2500** | | |

**4001 Embarcadero Drive
Arlington, TX 76014**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6130**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.1 5 | **GM Financial** | **Describe debtor's property that is subject to a lien** | **$31,141.00** | **$9,072.00** |
| | Creditor's Name | **2016 Chevy 2500** | | |

**4001 Embarcadero Drive
Arlington, TX 76014**

Creditor's mailing address

**Describe the lien**
**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1582**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor **Hagaman Property Development, LLC**                    Case number (*if know*) _____
          Name

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $5,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559**
**Carol Stream, IL 60132**

Creditor's mailing address

**72" Rottary Cutter Head Model**
**AP-SC2572-01-15**

Describe the lien
**Commercial Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8725**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 7 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $28,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559**
**Carol Stream, IL 60132**

Creditor's mailing address

**U27-4RI Tail Swing Escavator**

Describe the lien
**Commercial Loan**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**8369**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an
interest in the same property?
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| 2.1 8 | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | $35,000.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**PO Box 0559**
**Carol Stream, IL 60132**

Creditor's mailing address

**L47 Tractor With Back Hoe**

Describe the lien
**Commercial Loan**

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 7 of 14

| Debtor | **Hagaman Property Development, LLC** | Case number *(if know)* | |
|---|---|---|---|
| | Name | | |

|  |  |
|---|---|
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **7696** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.1 9 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | **$7,500.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **ZD1011-54 Diesel Mower** | | |

| | |
|---|---|
| **PO Box 0559** | |
| **Carol Stream, IL 60132** | |
| Creditor's mailing address | **Describe the lien** |
| | **Commercial Loan** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **8872** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 0 | **Kubota Credit Corporation** | **Describe debtor's property that is subject to a lien** | **$22,000.00** | **Unknown** |
|---|---|---|---|---|
| | Creditor's Name | **SSV65PHC Loader Skid Steer** | | |

| | |
|---|---|
| **PO Box 0559** | |
| **Carol Stream, IL 60132** | |
| Creditor's mailing address | **Describe the lien** |
| | **Commercial Loan** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |
| **6935** | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
| | Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 8 of 14

Debtor   **Hagaman Property Development, LLC**                           Case number (if know) _____
_____
Name

---

| **2.2 1** | **Kubota Credit Corporation** | Describe debtor's property that is subject to a lien | **$3,000.00** | **Unknown** |

Creditor's Name

**PO Box 0559
Carol Stream, IL 60132**

Creditor's mailing address

**72" Skid Steer Sweeper**

Describe the lien
**Commercial Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
4608**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| **2.2 2** | **Nissan Finanace Motor Acceptance** | Describe debtor's property that is subject to a lien | **$22,400.00** | **$15,129.00** |

Creditor's Name

**PO Box 660360
Dallas, TX 75266-0360**

Creditor's mailing address

**2017 Nissan NV2500**

Describe the lien
**Automobile Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
0001**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

---

| **2.2 3** | **Nissan Finanace Motor Acceptance** | Describe debtor's property that is subject to a lien | **$15,000.00** | **$15,140.00** |

Creditor's Name

**PO Box 660360
Dallas, TX 75266-0360**

Creditor's mailing address

**2017 Nissan NV 3500**

Describe the lien
**Automobile Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

---

Official Form 206D                Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**                page 9 of 14

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor **Hagaman Property Development, LLC**                    Case number (if know) _____
_____
Name

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**
**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Nissan Finanace Motor Acceptance** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $35,000.00    $25,202.00
**2019 Nissan NV 3500**

**PO Box 660360**
**Dallas, TX 75266-0360**
Creditor's mailing address

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**
**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Nissan Finanace Motor Acceptance** | | | |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**    $23,000.00    $12,020.00
**2017 Nissan NV 2500**

**PO Box 660360**
**Dallas, TX 75266-0360**
Creditor's mailing address

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**

☑ No
☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0001**
**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Nissan Finanace Motor Acceptance** | | | |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**    $15,000.00    $9,548.00

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Hagaman Property Development, LLC**                          Case number (if know) _____
          Name

---

Creditor's Name                          **2017 Nissan NV 2500**

**PO Box 660360**
**Dallas, TX 75266-0360**
Creditor's mailing address              **Describe the lien**
                                        **Automobile Loan**
                                        **Is the creditor an insider or related party?**
                                        ■ No
Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**
**Date debt was incurred**              ☐ No
                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**
**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.2 7 | **Nissan Finance Motor Acceptance** | **Describe debtor's property that is subject to a lien** | **$35,000.00** | **$10,424.00** |

Creditor's Name                          **2017 Nissan NV 2500**

**PO Box 660360**
**Dallas, TX 75266-0360**
Creditor's mailing address              **Describe the lien**
                                        **Automobile Loan**
                                        **Is the creditor an insider or related party?**
                                        ■ No
Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**
**Date debt was incurred**              ☐ No
                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**
**Do multiple creditors have an**       **As of the petition filing date, the claim is:**
**interest in the same property?**       Check all that apply
■ No                                     ☐ Contingent
☐ Yes. Specify each creditor,            ☐ Unliquidated
including this creditor and its relative ☐ Disputed
priority.

---

| 2.2 8 | **TD Bank, N.A.** | **Describe debtor's property that is subject to a lien** | **$32,400.00** | **$7,511.00** |

Creditor's Name                          **2018 Nissan NV3500**

**PO Box 100295**
**Columbia, SC 29202-3295**
Creditor's mailing address              **Describe the lien**
                                        **Automobile Loan**
                                        **Is the creditor an insider or related party?**
                                        ■ No
Creditor's email address, if known      ☐ Yes
                                        **Is anyone else liable on this claim?**
**Date debt was incurred**              ☐ No
                                        ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2453**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 11 of 14

Debtor  **Hagaman Property Development, LLC**                                 Case number (if know)
_____
Name

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.2 9 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $26,792.00 | $24,985.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Chevy Cutaway** | | |

**PO Box 100295**
**Columbia, SC 29202-3295**
Creditor's mailing address

Describe the lien
**Automobile Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1993**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 0 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $26,376.00 | $29,995.00 |
|---|---|---|---|---|
| | Creditor's Name | **2017 Chevy Cutaway** | | |

**PO Box 100295**
**Columbia, SC 29202-3295**
Creditor's mailing address

Describe the lien
**Automobile Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**1242**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 1 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $32,400.00 | $23,181.00 |
|---|---|---|---|---|
| | Creditor's Name | **2018 Nissan NV 2500** | | |

**PO Box 100295**
**Columbia, SC 29202-3295**
Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | | Case number (if know) | |
| | Name | | | |

**Automobile Loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2441**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 2 | **TD Bank, N.A.** | Describe debtor's property that is subject to a lien | $35,997.35 | $15,428.00 |

Creditor's Name

**2016 Chevy 2500**

**PO BOx 100295**
**Columbia, SC 29202-3295**
Creditor's mailing address

**Describe the lien**
**Automobile Loan**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6680**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.3 3 | **U.S. Bank, N.A.** | Describe debtor's property that is subject to a lien | $1,213,434.14 | $1,500,000.00 |

Creditor's Name

**1172 Fischer Blvd**
**Toms River, NJ 08753**

**c/o Schiller, Knapp, Lefkowitz & Hertzel**
**950 New Loudon Road, Suite 109**
**Latham, NY 12110-2100**
Creditor's mailing address

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**6227**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Hagaman Property Development, LLC** | | Case number *(if know)* | |
|---|---|---|---|---|
| | Name | | | |

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

□ Contingent
□ Unliquidated
■ Disputed

---

| 2.3 4 | **Valley National Bank** | Describe debtor's property that is subject to a lien | $12,000.00 | $10,856.00 |
|---|---|---|---|---|

Creditor's Name

**PO.Box 953
Wayne, NJ 07474**

Creditor's mailing address

**2017 Nissan NV2500**

**Describe the lien**

**Automobile Loan**

**Is the creditor an insider or related party?**

■ No

□ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

□ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number
3593**

**Do multiple creditors have an
interest in the same property?**

■ No

□ Yes. Specify each creditor,
including this creditor and its relative
priority.

**As of the petition filing date, the claim is:**
Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $2,059,110.4 9 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Hagaman Property Development, LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ■ No. Go to Part 2.

    ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**1st Choice Sewer and Drain, Inc.**<br>**1031 8th Street**<br>**Watertown, SD 57201**<br><br>Date(s) debt was incurred **07-2018**<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Goods and Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$213.00** |
| **3.2** Nonpriority creditor's name and mailing address<br>**24/7 All Services, LLC**<br>**6975 Lakehurst Drive**<br>**Gulf Shores, AL 36542**<br><br>Date(s) debt was incurred **10-2019**<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Goods and Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$538.68** |
| **3.3** Nonpriority creditor's name and mailing address<br>**307 Service Experts**<br>**PO Box 230**<br>**Evanston, WY 82931**<br><br>Date(s) debt was incurred **05-2018**<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Goods and Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$819.00** |
| **3.4** Nonpriority creditor's name and mailing address<br>**5 Star Plumbing, Inc.**<br>**9525 Highway 151**<br>**Anamosa, IA 52205**<br><br>Date(s) debt was incurred **07-2019**<br><br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Goods and Services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$5,013.26** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     52435     Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,353.00** |
|---|---|---|---|

**912 General Maintenance, LLC**
**8213 Catalpa Ridge Road**
**Blacklick, OH 43004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,149.00** |
|---|---|---|---|

**A Lock USA, Inc.**
**PO Box 3663**
**Wantagh, NY 11793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,787.99** |
|---|---|---|---|

**A&A Plumbing**
**6408 S 117 Stree**
**Omaha, NE 68135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$99.00** |
|---|---|---|---|

**A&A Professional Cooling & Heating**
**1330 Paonia Street**
**Colorado Springs, CO 80915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$887.00** |
|---|---|---|---|

**A&S Unlimited Heating & Cooling**
**1663 E Auburn Road**
**Rochester, MI 48307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,887.52** |
|---|---|---|---|

**A+ Drain Cleaning**
**2052 150th Street**
**Lawton, IA 51030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$350.00** |
|---|---|---|---|

**A-1 Evans Septic Services**
**PO Box 555**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hagaman Property Development, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$810.00**

**A1 Services**
**2715 Highway 37**
**Eveleth, MN 55734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$762.00**

**AAA Plumbing & Rooter Service**
**1000 Fifth Street**
**Suite 200-Y6**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$550.00**

**AAA Sewer and Drain Service, Inc.**
**PO Box 50711**
**Casper, WY 82605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$120.00**

**AAA-1 Lock and Key**
**1507 N Midland Blvd.**
**Nampa, ID 83651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,915.00**

**Abbott Electric, Inc.**
**1935 Allen Ave SE**
**Canton, OH 44707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,933.60**

**Absolute Comfort, Inc.**
**PO Box 1666**
**Minot, ND 58702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$580.00**

**ABV Services**
**2450 Lousiana St**
**Suite 308**
**Houston, TX 77006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hagaman Property Development, LLC | Case number (if known) |
|--------|----------------------------------|------------------------|
|        | Name                             |                        |

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00**

**Accent Plumbing**
**114 E Main Street Unit D**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$316.00**

**Ace Plumbing, Heating & Supply Co. LLC**
**800 W 1st Street**
**McPherson, KS 67460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$217.00**

**Addison Smith Mechanical Contractor, Inc**
**110 Kingsbridge Drive**
**Carrollton, GA 30117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$570.00**

**Advance Door Co.**
**4555 Willow Parkway**
**Cuyahoga Heights, OH 44125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$819.23**

**Advance Electrics**
**PO Box 2755**
**Columbus, MS 39704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$172.80**

**Advanced Safe & Lock, NNY LLC**
**34646 Carter Road**
**La Fargeville, NY 13656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$284.10**

**Affordable Drain-Jet Surge of Iowa**
**12323 Elk Horn Street**
**Indianola, IA 50125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Affordable Exteriors**
**1149 Centerville Turnpike**
**Chesapeake, VA 23320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.00** |
|---|---|---|---|

**Affordable Handyman**
**6 Northgate Drive**
**Walden, NY 12586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
|---|---|---|---|

**Affordable Plumbing**
**226 N. Street Augustine Road**
**Valdosta, GA 31601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$740.00** |
|---|---|---|---|

**ALI-COR Plumbing LLC**
**953 Ferryman Quay**
**Chesapeake, VA 23323**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,072.00** |
|---|---|---|---|

**All About Garage Doors LLC**
**10320 Highway 78 E**
**Summerville, SC 29483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**All Action Plumbing and Drain LLC**
**2074 W 91st Street**
**Cleveland, OH 44102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$350.00** |
|---|---|---|---|

**All Drain Sewer Jetting**
**843 W 11 Street**
**Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2018**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$415.00** |
|---|---|---|---|

**All Flo Plumbing, LLC**
**2130 Three Mile Road NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**All Phase Maintenance**
**743 Fresno Street**
**Fresno, CA 93706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,202.92** |
|---|---|---|---|

**All State Plumbing & Construction, Inc.**
**20194 Congo Ferndale Road**
**Little Rock, AR 72210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$185.00** |
|---|---|---|---|

**Allied Electric, Inc.**
**4830 Commercial Drive**
**Huntsville, AL 35816**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$133.28** |
|---|---|---|---|

**Alpha Glass Systems LLC**
**827 Ridgewood Avenue**
**North Brunswick, NJ 08902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$298.45** |
|---|---|---|---|

**Alpha Heating & Air**
**907 Lawnsdale Road**
**Medford, OR 97504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$155.15** |
|---|---|---|---|

**American Air Heating & Cooling**
**1300 Pierce**
**Sioux City, IA 51105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$630.00** |
|---|---|---|---|

**American Electric Service**
**PO Box 1057**
**Sherwood, OR 97140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$59,951.62** |
|---|---|---|---|

**American Express**
**PO Box 1270**
**Newark, NJ 07101-1270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Loan**

Last 4 digits of account number  **2005**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$190.00** |
|---|---|---|---|

**American Pro Electric**
**2976 North Sagefire Avenue**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$786.25** |
|---|---|---|---|

**AMS Building Systems, Inc.**
**1401 E Highway 50**
**Vermillion, SD 57069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$735.00** |
|---|---|---|---|

**Anderson Plumbing LLC**
**108 Bay Avenue**
**Bay H**
**Gillette, WY 82716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2017**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$482.58** |
|---|---|---|---|

**AndersonBros.ElectricPlumbing&HeatingInc**
**2600 Highway 30 E**
**Kearney, NE 68847**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,241.02** |
|---|---|---|---|

**Andor, Inc.**
**9 North Maple**
**Watertown, SD 57201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.72** |
|---|---|---|---|

**Anthony PlumbingHeating& AirConditioning**
**226 Central Ave NE**
**Suite C**
**Le Mars, IA 51031**

Date(s) debt was incurred  **05-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$201.87** |
|---|---|---|---|

**Anytime Plumbing**
**208 East Everett**
**Fergus Falls, MN 56537**

Date(s) debt was incurred  **01-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,782.69** |
|---|---|---|---|

**Apex Electric LLC**
**PO Box 1085**
**Florence, MS 39073**

Date(s) debt was incurred  **06-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,014.69** |
|---|---|---|---|

**Aqua Plumbing & Heating LLC**
**1025 W 10th Street**
**Crete, NE 68333-2631**

Date(s) debt was incurred  **01-2018**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$620.00** |
|---|---|---|---|

**ARC Locksmith Service**
**8 East Pearce Blvd.**
**Wentzville, MO 63385**

Date(s) debt was incurred  **08-2019**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,203.45** |
|---|---|---|---|

**Arch Insurance**
**210 Hudson Street**
**Suite 300**
**Jersey City, NJ 07311**

Date(s) debt was incurred  _

Last 4 digits of account number  **8201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Liability**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Arkansas Backflow and Plumbing**
**PO Box 11763**
**Fort Smith, AR 72917**

Date(s) debt was incurred  **08-2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$535.55** |
|---|---|---|---|

**Armesher Plumbing & Heating**
**16 S Maple**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$93.72** |
|---|---|---|---|

**Around the Clock Drain Master**
**PO Box 88304**
**Sioux Falls, SD 57109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$474.10** |
|---|---|---|---|

**ARS/Rescue Rooter**
**2548 Oscar Johnson Drive**
**North Charleston, SC 29405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,712.86** |
|---|---|---|---|

**Associate Electric&BuildingService, Inc**
**1222 W 6th Street**
**Laurel, MS 39440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2017**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$727.00** |
|---|---|---|---|

**Associated Services Heating Solar & Air**
**1355 Abbott Street #8**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,257.50** |
|---|---|---|---|

**Atlantic Plumbing LLC**
**1212 Industrial Blvd. N**
**Dallas, GA 30132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2020**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$388.25** |
|---|---|---|---|

**Attaboy Plumbing, Inc.**
**21517 Noble Reames Road**
**Zachary, LA 70791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,441.70** |
|---|---|---|---|

**Aupperle Plumbing & Heating**
**314 West Front Street**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07-2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,391.64** |
|---|---|---|---|

**Austin Plumbing & Heating**
**3924 Verot School Road**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01-2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,221.93** |
|---|---|---|---|

**B&B Sewer and Septic Tank Pumping**
**4303 Charles Street**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$267.50** |
|---|---|---|---|

**Backlund Plumbing**
**6215 Grover Street**
**Omaha, NE 68106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-2018**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$152.00** |
|---|---|---|---|

**Badger Bob's Air Conditioning**
**215 Interstate Blvd.**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08-2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$126.64** |
|---|---|---|---|

**Bankords Electric LLC**
**44741 265th Street**
**Hancock, MN 56244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09-2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$119.05** |
|---|---|---|---|

**Bar S Bar Electric, Inc.**
**600 N 10th Street**
**Worland, WY 82401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.50** |
|---|---|---|---|

**Bassworx LLC**
**7734 Madison Blvd.**
**Suite 102**
**Huntsville, AL 35806**

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$404.75** |
|---|---|---|---|

**Bastoe Plumbing**
**708 N 30th Street**
**Monroe, LA 71201**

Date(s) debt was incurred  **08-2017**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,148.95** |
|---|---|---|---|

**Bauer Plumbing & Heating Inc**
**N102 Old 26 Road**
**Aniwa, WI 54408**

Date(s) debt was incurred  **04-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**Bay Electric**
**1288 Columbus Ave**
**Suite 164**
**San Francisco, CA 94133**

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$355.78** |
|---|---|---|---|

**Bee Line Drain & Sewer Cleaning**
**PO Box 35753**
**Des Moines, IA 50315**

Date(s) debt was incurred  **12-2018**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,290.00** |
|---|---|---|---|

**Belcher's Electric**
**2351 Bellevue Avenue**
**Atco, NJ 08004**

Date(s) debt was incurred  **01-2019**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,657.90** |
|---|---|---|---|

**Benjamin Chaise and Associates**
**6520 Platt Ave 663**
**West Hills, CA 91307**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,240.00** |
|---|---|---|---|

**Berente Companies, LLC**
**6243 Chippendale Drive**
**Baton Rouge, LA 70817-3524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$266.67** |
|---|---|---|---|

**Berry Locks Service**
**13126 W Frontage Road**
**Grandview, MO 64030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,526.95** |
|---|---|---|---|

**Best Plumbing Heating and Cooling**
**2044 Illinois Street**
**Sidney, NE 69162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$459.48** |
|---|---|---|---|

**BillLizotteArchitecturalGlass&Aluminium**
**400 Wampanoag Trail**
**Riverside, RI 02915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$250.00** |
|---|---|---|---|

**Bio-Serv Corporation**
**1130 Livernols Road**
**Troy, MI 48083-2711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$165.00** |
|---|---|---|---|

**Black Diamond Plumbing**
**1400 Miller Parkway**
**McHenry, IL 60050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.81 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$52,130.00** |
|---|---|---|---|

**Blue Vine**
**401 Warren Street**
**Suite 300**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  ___

**Basis for the claim:**  **Loan**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$67,102.50**

**Blue Vine**
**c/o Dedicated Commercial Recovery**
**1970 Oakcrest Ave. Suite 217**
**Saint Paul, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Goods and Service**

Last 4 digits of account number  **8387**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$350.00**

**Bob the Handyman**
**PO Box 4097**
**Waynesville, MO 65583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,346.11**

**Bottineau Plumbing & Heating LLP**
**1122 Highway 5 NE**
**Bottineau, ND 58318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,248.80**

**Braaten Plumbing**
**5237C 134th Ave. NW**
**Williston, ND 58801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$264.29**

**Bradford & Sons Inc**
**5161 Co Road 16**
**Canandaigua, NY 14424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$430.00**

**Brian's Handyman Service**
**2102 N. Leonard Road**
**Saint Joseph, MO 64506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.88** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$745.50**

**Brick Roto Rooter**
**PO Box 514**
**Aberdeen, SD 57402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,459.60 |
|---|---|---|---|

**Brooker Corp.**
**PO Box 1022**
**Newton, IA 50208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $180.00 |
|---|---|---|---|

**Brown Construction & Plumbing**
**1203 Middle Fork Drive**
**Gillette, WY 82718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2017**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $355.00 |
|---|---|---|---|

**Bubba's Handyman Service**
**3803 Chamberlayne Avenue**
**Richmond, VA 23227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $255.00 |
|---|---|---|---|

**Burley's Best Price Locksmith**
**1101 Tyvola Road #311**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $881.86 |
|---|---|---|---|

**Burnison Plumbing & Heating**
**49 2nd Street SE**
**Huron, SD 57350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,059.30 |
|---|---|---|---|

**Busy Bee**
**PO Box 483**
**Amory, MS 38821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2017**

Last 4 digits of account number ___

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $834.45 |
|---|---|---|---|

**BWS Plumbing Heating & Air Conditioning**
**7251 Washington Ave S**
**Minneapolis, MN 55439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08-2019**

Last 4 digits of account number ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address

**C&C Janitorial Services**
**1834 E Tulpehocken Street**
**Philadelphia, PA 19138**

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$390.00**

---

**3.97** | Nonpriority creditor's name and mailing address

**C&K Construction**
**PO Box 583**
**Junction City, KS 66441**

Date(s) debt was incurred  **08-2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$291.55**

---

**3.98** | Nonpriority creditor's name and mailing address

**Capistrano Air**
**23011 Moulton Pkwy C-13**
**Laguna Hills, CA 92653**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$189.00**

---

**3.99** | Nonpriority creditor's name and mailing address

**Capital City Garage Doors**
**12876 Roalde Road**
**Tallahassee, FL 32317**

Date(s) debt was incurred  **07-2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$737.50**

---

**3.100** | Nonpriority creditor's name and mailing address

**Castle Glass Pro LLC**
**6708 Metropolitan Center Drive**
**Unit 402**
**Springfield, VA 22150**

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$470.00**

---

**3.101** | Nonpriority creditor's name and mailing address

**Cecchini Plumbing & Heating**
**3290 Genesee Street**
**Suite 204**
**Buffalo, NY 14225**

Date(s) debt was incurred  **10-2017**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$410.00**

---

**3.102** | Nonpriority creditor's name and mailing address

**Central Window Cleaning**
**1310 Brookpark Road**
**PO Box 347154**
**Cleveland, OH 44109**

Date(s) debt was incurred  **09-2019**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$160.92**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,178.41** |
| --- | --- | --- | --- |

**Chadron Plumbing**
**154 Bordeaux Street**
**Chadron, NE 69337**

Date(s) debt was incurred  **12-2018**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,393.15** |
| --- | --- | --- | --- |

**Charlie's North Platte Plumbing, Inc**
**1400 E 8th Street**
**North Platte, NE 69101**

Date(s) debt was incurred  **11-2017**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00** |
| --- | --- | --- | --- |

**Charlie's Plumbing, Inc.**
**321 W Jefferson Street**
**Brooksville, FL 34601**

Date(s) debt was incurred  **08-2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,195.56** |
| --- | --- | --- | --- |

**Christenson Electric**
**17201 NE Sacramento Street**
**Portland, OR 97230**

Date(s) debt was incurred  **01-2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.89** |
| --- | --- | --- | --- |

**Christenson Electric Inc.**
**c/o NACM Commercial Services**
**606 N. Pines Road Suite 102**
**Spokane, WA 99206**

Date(s) debt was incurred  __

Last 4 digits of account number  **3502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,418.07** |
| --- | --- | --- | --- |

**Chuck's Lock and Safe**
**833 County Road H**
**Unit 6**
**Wisconsin Dells, WI 53965**

Date(s) debt was incurred  **08-2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |
| --- | --- | --- | --- |

**Clark Pest Control of Stockton, Inc.**
**555 N Guild Ave**
**Lodi, CA 95240**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.110 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,398.74** |
|---|---|---|---|

**Clausen Plumbing and Heating**
**519 N Federal Highway**
**Mason City, IA 50401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **06-2018**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$720.24** |
|---|---|---|---|

**Climate Control of Pensacola, Inc**
**3849 Hopkins Street**
**Pensacola, FL 32505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **07-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,663.46** |
|---|---|---|---|

**Coastal Plumbing Company**
**14532 Porteux Bay Drive**
**Biloxi, MS 39532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **01-2018**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,166.13** |
|---|---|---|---|

**Comflow Mechanical Services**
**6411 Lawford Lane**
**Houston, TX 77040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$538.76** |
|---|---|---|---|

**Comfortech Service Experts**
**108 Business Park Drive**
**Suite A**
**Ridgeland, MS 39157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$672.30** |
|---|---|---|---|

**Commercial Electric, Inc.**
**PO Box 1157**
**Mattoon, IL 61938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,764.49** |
|---|---|---|---|

**Completed Plumbing SD**
**302 Folsom Street**
**Brookings, SD 57006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **02-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.28** |
|---|---|---|---|

**Conan Heating and Air**
**429 W 18th Street**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.54** |
|---|---|---|---|

**Cooley Pumping**
**101 Railroad Street**
**Morrison, IA 50657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,816.83** |
|---|---|---|---|

**Copper Cottage Plumbing Heating and AC**
**4015 N Lewis Ave**
**Sioux Falls, SD 57104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$703.64** |
|---|---|---|---|

**Cother Air Conditioning & Heating**
**4227 Allen Genoa**
**Pasadena, TX 77504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**County Plumbing**
**1102 S. Greeley Highway**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$135.00** |
|---|---|---|---|

**CPI Development**
**342 Dallas Bessemer City Highway**
**Dallas, NC 28034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,197.70** |
|---|---|---|---|

**Crackerjacks, LLC**
**602 W Greentree Drive**
**Chandler, AZ 85225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.124 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Craven AG Services Inc.**
**2115 Highway 55 West**
**New Bern, NC 28562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00** |
|---|---|---|---|

**Critter Crushers LLC**
**263 W Market Street**
**York, PA 17401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$275.00** |
|---|---|---|---|

**Croston Contracting Services, LLC**
**105 MacMurdo Street**
**Ashland, VA 23005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.127 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$197.00** |
|---|---|---|---|

**Crown Plumbing**
**405 Meridian Ave**
**San Jose, CA 95126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.128 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$235.00** |
|---|---|---|---|

**Crystal Overhead Door Inc.**
**5030 W. Lawrence Ave**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**CT Electric**
**16 Pamanata Meadows**
**Beacon Falls, CT 06404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.130 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.00** |
|---|---|---|---|

**D&C Enterprise dba Dale's Plumbing**
**PO Box 538**
**Tecumseh, OK 74873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131** | **Nonpriority creditor's name and mailing address**

**D&H Appliance Service**
**1050 S Cypress St**
**La Habra, CA 90631**

Date(s) debt was incurred **08-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address**

**D.P Plumbing**
**2921 N Court Road**
**Ottumwa, IA 52501**

Date(s) debt was incurred **11-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$786.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address**

**Da Costa**

Date(s) debt was incurred **05-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$150.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address**

**Dalton Plumbing**
**5536 Nordic Drive**
**Cedar Falls, IA 50613**

Date(s) debt was incurred **11-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$7,477.26**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address**

**Dan Riley Plumbing**
**20 N 16th Street**
**Fort Dodge, IA 50501**

Date(s) debt was incurred **05-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$331.54**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** | **Nonpriority creditor's name and mailing address**

**Dan's Drain and Duct Cleaning**
**705 W Hemlock Street**
**Beresford, SD 57004**

Date(s) debt was incurred **12-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$5,186.57**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.137** | **Nonpriority creditor's name and mailing address**

**Dan's Plumbing Service**
**811 N Grand Ave**
**Pierre, SD 57501**

Date(s) debt was incurred **02-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$3,544.80**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.138** | Nonpriority creditor's name and mailing address

**Dandee Services, Inc.**
**7750 Belmont Lane**
**Bismarck, ND 58501**

Date(s) debt was incurred  **11-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$337.50**

---

**3.139** | Nonpriority creditor's name and mailing address

**Danny's Plumbing Service**

Date(s) debt was incurred  **11-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$846.99**

---

**3.140** | Nonpriority creditor's name and mailing address

**Dash Heating & Cooling, Inc.**
**12417 Cantrell Road**
**Little Rock, AR 72223**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$346.36**

---

**3.141** | Nonpriority creditor's name and mailing address

**Dell Financial**
**PO Box 5275**
**Carol Stream, IL 60197-5275**

Date(s) debt was incurred  __

Last 4 digits of account number  **6314**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit**

Is the claim subject to offset? ■ No ☐ Yes

**$5,000.00**

---

**3.142** | Nonpriority creditor's name and mailing address

**Deluce Group dba Andy on Call**
**625 Bakers Bridge Ave**
**Franklin, TN 37067**

Date(s) debt was incurred  **09-2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$391.00**

---

**3.143** | Nonpriority creditor's name and mailing address

**Deluxe Heating & Cooling, Inc.**
**5862 Mayfield Road**
**Cleveland, OH 44124**

Date(s) debt was incurred  **07-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.144** | Nonpriority creditor's name and mailing address

**Dewey & Sons Plumbing**
**901 Highway 5 North**
**Mountain Home, AR 72653**

Date(s) debt was incurred  **09-2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$944.31**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Hagaman Property Development, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**DH Place Co.**
**279 Ottley Drive**
**Atlanta, GA 30324**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06-2019**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**DHS Inc dba Rotor Rooter Plumbers**
**2001 W I-65 Service Road N**
**Mobile, AL 36618**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  02-2019**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Dickensons Electric, Inc.**
**4224 Lakeview Blvd.**
**Lake Oswego, OR 97035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06-2019**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Dillon Plumbing**
**605 E Hawaii Ave**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  10-2019**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,150.00** |
|---|---|---|---|

**Discount Garage Door LLC**
**9109 N 139th Ave**
**Owasso, OK 74055-4591**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03-2019**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$745.00** |
|---|---|---|---|

**Donarumo Plumbing & Heating**
**PO Box 505634**
**Chelsea, MA 02150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  01-2020**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$335.00** |
|---|---|---|---|

**Done Right Handyman**
**541 Summer Lake Lane**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  05-2019**

Basis for the claim:  **Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.152** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$647.50**

**Door Medic, Inc.**
**PO Box 45**
**Boones Mill, VA 24065-0045**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,828.50**

**Door Specialist LLC**
**451 Dauphin Island Parkway**
**Mobile, AL 36606**

Date(s) debt was incurred  **11-2019**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.154** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Doug's Plumbing**
**15622 Shady Acres Drive**
**Wadena, MN 56482**

Date(s) debt was incurred  **05-2019**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.155** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,400.00**

**Dr. Electric**
**PO Box 281**
**Helena, AL 35080**

Date(s) debt was incurred  **07-2019**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.156** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$588.50**

**Drain Doctor LLC**
**PO Box 282**
**Burlington, IA 52601**

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.157** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$256.12**

**Drain Masters, Inc**
**PO Box 142**
**Yankton, SD 57078**

Date(s) debt was incurred  **01-2018**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.158** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$229.35**

**Drain Pro Professional Services**
**824 Christy Ave**
**Trumann, AR 72472**

Date(s) debt was incurred  **09-2019**

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$650.00** |
|---|---|---|---|

**Drain Savers LLC**
PO Box 5694
Grand Forks, ND 58206

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2020**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$181.90** |
|---|---|---|---|

**Drain Specialists Inc.**
PO Box 4682
Sioux City, IA 51104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Goods and Services**

**Basis for the claim:**  **04-2019**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,730.50** |
|---|---|---|---|

**Drain Surgeon**
PO Box 526
Columbus, NE 68602

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.45** |
|---|---|---|---|

**Drake's Plumbing**
22 Johnson Road North
Greenville, MS 38703

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,302.50** |
|---|---|---|---|

**E&T Plumbing LLC**
PO Box 351
Redwood Falls, MN 56283

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$345.00** |
|---|---|---|---|

**Eagle Locksmith Inc.**
4505 Main Street #354
Virginia Beach, VA 23462

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$438.44** |
|---|---|---|---|

**Eagle Plumbing and Heating**
PO Box 1168
Laramie, WY 82073

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address**

**EC Electric**
**5350 Webb Parkway**
**Lilburn, GA 30047**

Date(s) debt was incurred  **07-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,700.00**

---

**3.167** | **Nonpriority creditor's name and mailing address**

**EDS Pro Services**
**5127 Gehring Road**
**Racine, WI 53402**

Date(s) debt was incurred  **03-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.168** | **Nonpriority creditor's name and mailing address**

**El Paso Handyman LLC**
**PO Box 10384**
**El Paso, TX 79995**

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.169** | **Nonpriority creditor's name and mailing address**

**Electric Alley**
**3419 Appalachian Ave**
**Cody, WY 82414**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$348.90**

---

**3.170** | **Nonpriority creditor's name and mailing address**

**Elite Overhead Garage Doors LLC**
**5755 Elm Tree Drive**
**Buford, GA 30518**

Date(s) debt was incurred  **05-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$6,427.00**

---

**3.171** | **Nonpriority creditor's name and mailing address**

**Elk Grove Handyman**
**9825 Allen Ranch Way**
**Elk Grove, CA 95758**

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$525.00**

---

**3.172** | **Nonpriority creditor's name and mailing address**

**Emineth Plumbing LLC**
**503 W Ave B**
**Bismarck, ND 58501**

Date(s) debt was incurred  **11-2019**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,104.55**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.173 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$125.00** |
|---|---|---|---|

**Emory Plumbing**
**2085 Hotel Circle S**
**San Diego, CA 92108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,910.23** |
|---|---|---|---|

**Esquisure Inspectors**
**7205 N 143rd Street**
**Omaha, NE 68142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04-2018**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97,000.00** |
|---|---|---|---|

**Everest Business Funding**
**5 West 37th Street**
**Suite 1100**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **_**

**Basis for the claim:** **Loan**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$967.13** |
|---|---|---|---|

**Ewert Plumbing**
**1316 W 4th Street**
**Davenport, IA 52802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,459.74** |
|---|---|---|---|

**Extreme Plumbing**
**1118 E Capital Ave**
**Grand Island, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,837.66** |
|---|---|---|---|

**Eyman Plumbing Inc.**
**8506 S 117th Street**
**La Vista, NE 68128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **03-2018**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$686.00** |
|---|---|---|---|

**EZ Flow Plumbing & Drain Cleaning**
**2601 Halls Mills Road**
**Mobile, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **04-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$620.00** |
|---|---|---|---|

**F5 Facility Services LLC**
**445 South Main Street**
**Pittsburgh, PA 15220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,355.37** |
|---|---|---|---|

**Feeney Plumbing Heating & Air**
**1362 Ridgewood Drive**
**Le Mars, IA 51031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,485.80** |
|---|---|---|---|

**Fidelity Locksmith**
**400 Granville Drive**
**Riva, MD 21140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Firelands Electric, Inc.**
**2721 Columbus Ave**
**Sandusky, OH 44870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$650.00** |
|---|---|---|---|

**First Place Glass**
**9235 Lakewood Blvd.**
**Downey, CA 90240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,055.34** |
|---|---|---|---|

**Fischer Plumbing**
**195 Dewey Ave**
**Suite 201 B**
**Rochester, NY 14608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2017**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Five Star HandyCrew Services**
**2232 London Street**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2019**

Last 4 digits of account number  ___

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.187** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$325.00**

**Foxworth Enterprises Inc**
PO Box 8458
Chattanooga, TN 37414

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.188** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,306.68**

**Frank Millard & Co Inc.**
107 Valley Street
PO Box 278
Burlington, IA 52601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.189** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Frisbee Plumbing**
4101 S Minnesota Ave
Sioux Falls, SD 57105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.190** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$566.61**

**Garage Door Services and Repair Inc**
4660 Beechnut Street #225
Houston, TX 77096

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.191** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Garys Handyman**
PO Box 8602
Paducah, KY 42002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.192** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$563.00**

**Gering Valley Plumbing & Heating**
1100 10th Street
Gering, NE 69341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.193** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,189.00**

**Giddy-Up Locksmith**
5955 Alpha Road #C511
Dallas, TX 75240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.194** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$525.00**

**Gladden Equipment Company Inc**
**24 W 28th Street**
**Chattanooga, TN 37408**

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.195** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,785.22**

**Glass Doctor**
**3915 1H 35S #110**
**New Braunfels, TX 78130**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.196** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$200.00**

**Glenn Klair Plumbing & Heating Inc.**
**937 Tile Drive**
**PO Box 259**
**Red Wing, MN 55066**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.197** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,125.61**

**Goering Plumbing Heating and Cooling**
**3710 SE Capital Circle**
**Suite B**
**Grimes, IA 50111**

Date(s) debt was incurred  **04-2018**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.198** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$213.50**

**Greelite Handyman LLC**
**13110 SW Burlwood Street**
**Beaverton, OR 97005**

Date(s) debt was incurred  **02-2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.199** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,849.61**

**Greely Plumbing**
**20585 State Highway 28**
**Glenwood, MN 56334**

Date(s) debt was incurred  **01-2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.200** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00**

**Green's Sewer Service**
**2331 Middle Road**
**Ashtabula, OH 44004**

Date(s) debt was incurred  **01-2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.201** | **Nonpriority creditor's name and mailing address**

**Greg's Services LLC**
**67 W Cotton Hill Road**
**Portland, CT 06480**

Date(s) debt was incurred  __06-2019__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

**3.202** | **Nonpriority creditor's name and mailing address**

**Gregg's Plumbing**
**1815 Divisions St. West**
**Bemidji, MN 56601**

Date(s) debt was incurred  __01-2019__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,223.47**

---

**3.203** | **Nonpriority creditor's name and mailing address**

**Greiner Electric**
**525 W Elk Ave Unit 3**
**Jackson, WY 83001**

Date(s) debt was incurred  __10-2019__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$526.50**

---

**3.204** | **Nonpriority creditor's name and mailing address**

**Guardian Plumbing Services**
**16401 Old Central Ave**
**Upper Marlboro, MD 20774**

Date(s) debt was incurred  __06-2019__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$247.26**

---

**3.205** | **Nonpriority creditor's name and mailing address**

**Guice Electric LLC**
**613 First Avenue**
**Ocean Springs, MS 39564**

Date(s) debt was incurred  __01-2018__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$42,035.66**

---

**3.206** | **Nonpriority creditor's name and mailing address**

**Guy Boyd Plumbing & Heating**
**5315 Garrad Ave**
**Savannah, GA 31405**

Date(s) debt was incurred  __06-2019__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$200.00**

---

**3.207** | **Nonpriority creditor's name and mailing address**

**H.B.C. Electric Inc.**
**PO Box 7155**
**306 Chestnut Street**
**Roselle, NJ 07203-7155**

Date(s) debt was incurred  __08-2019__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No  ☐ Yes

**$1,962.00**

---

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $255.00 |
|---|---|---|---|

**Hady Electric**
**PO Box 580**
**Watertown, WI 53094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175.00 |
|---|---|---|---|

**Handyman 831**
**152 W San Luis Street**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $493.81 |
|---|---|---|---|

**Handyman Joes**
**3706 S 138th Street**
**Omaha, NE 68144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $250.00 |
|---|---|---|---|

**Handyman Matters**
**1515 Bethel Road**
**Office #10**
**Columbus, OH 43220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $750.00 |
|---|---|---|---|

**Handyman of GA LLC**
**PO Box 72491**
**Marietta, GA 30007-2491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $185.00 |
|---|---|---|---|

**Handyman Services**
**960 Tatum Road**
**Memphis, TN 38122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120.40 |
|---|---|---|---|

**Handyman Services of Laredo**
**328 Larga Vista Drive**
**Laredo, TX 78043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,547.50 |
| --- | --- | --- | --- |

**Harn Plumbing & Professional Renovations**
**354 Green Oak Lane**
**Madison, MS 39110**

Date(s) debt was incurred  **12-2017**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $493.14 |
| --- | --- | --- | --- |

**Harold's Handyman Service LLC**
**5633 17th Ave NE**
**Olympia, WA 98516**

Date(s) debt was incurred  **09-2019**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,660.00 |
| --- | --- | --- | --- |

**Hawkins Electric Service Inc.**
**8667 Cherry Lane**
**Laurel, MD 20707**

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $179.00 |
| --- | --- | --- | --- |

**Hay's Heating & Air Conditioning**
**3160 Hillsborough Road**
**Durham, NC 27705**

Date(s) debt was incurred  **09-2019**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $195.00 |
| --- | --- | --- | --- |

**Heating & Air Experts of Wilmington**
**6420 Amsterdam Way D**
**Wilmington, NC 28405**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $556.40 |
| --- | --- | --- | --- |

**Helps Drain Cleaning**
**PO Box 1225**
**Mason City, IA 50402-1225**

Date(s) debt was incurred  **12-2019**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 |
| --- | --- | --- | --- |

**Henderson A/C**
**472 Claremore Street**
**Corpus Christi, TX 78412**

Date(s) debt was incurred  **10-2019**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,097.14 |
|---|---|---|---|

**Herman Plumbing Co., Inc.**
**904 North Broadwell Ave**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**His Hands Maintenance Solutions**
**659 Frankfort Drive**
**Hermitage, TN 37076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **01-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $327.39 |
|---|---|---|---|

**Holling Plumbing Sewer & Drain Cleaning**
**131 S Minnesota Ave**
**Hastings, NE 68901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **09-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Home Maintenance Services (NEED ADDRESS)**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **03-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $200.00 |
|---|---|---|---|

**Home Remondeling & Repair Inc**
**1982 Diamond Street NE**
**Canton, OH 44721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.00 |
|---|---|---|---|

**Honeycomb Handyman Services**
**974 E 300 S**
**Salt Lake City, UT 84102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**Housecalls**
**711 NE 16th Court**
**Gresham, OR 97030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **02-2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.229**

**Nonpriority creditor's name and mailing address**

**Housing Services Group LLC**
**10421 Londonbridge Court**
**Cincinnati, OH 45242**

**Date(s) debt was incurred  02-2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$550.00**

---

**3.230**

**Nonpriority creditor's name and mailing address**

**In Town HVAC Services Inc.**
**326 South Street**
**Elgin, IL 60123**

**Date(s) debt was incurred  08-2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$130.00**

---

**3.231**

**Nonpriority creditor's name and mailing address**

**Independent Paint & Flooring**
**219 S Victory Drive**
**Mankato, MN 56001**

**Date(s) debt was incurred  02-2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$888.00**

---

**3.232**

**Nonpriority creditor's name and mailing address**

**Iowa Sewer and Drain Service**
**PO Box 65**
**Marshalltown, IA 50158**

**Date(s) debt was incurred  07-2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$266.00**

---

**3.233**

**Nonpriority creditor's name and mailing address**

**Iron Range Plumbing & heating Inc**
**2508 1st Ave**
**Hibbing, MN 55746**

**Date(s) debt was incurred  05-2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,453.00**

---

**3.234**

**Nonpriority creditor's name and mailing address**

**Ivy Jones Plumbing**
**505 North State Street**
**Clarksdale, MS 38614**

**Date(s) debt was incurred  05-2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.235**

**Nonpriority creditor's name and mailing address**

**J L Handyman Service**
**849 E Mount Hope Highway**
**Grand Ledge, MI 48837**

**Date(s) debt was incurred  04-2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$80.00**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.236** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$64.18**

**J&T Plumbing and Heating**
**100 N State Street**
**Hubbard, IA 50122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.237** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,199.00**

**Jake Sewer & Drain Cleaning**
**PO Box 7536**
**Fargo, ND 58106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,386.13**

**Jason Mazzer Plumbing and Heating LLC**
**172 Graham Terrace**
**Saddle Brook, NJ 07663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **06-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$602.05**

**Jax All Glass**
**5198 Verdis Street**
**Jacksonville, FL 32258**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **04-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.240** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Jay Litman ConstrRemd&HandymanSvcs,**
**Inc.**
**5224 Washburn Road**
**Duluth, MN 55803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **05-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.241** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,608.20**

**JBM Mechanical Services Inc**
**1243 Military Road**
**Suite 4**
**Buffalo, NY 14217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **07-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.242** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,639.33**

**JBS Plumbing & Remodel**
**6304 Northdale Drive**
**Black Hawk, SD 57718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08-2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$490.00** |
|---|---|---|---|

**Jeff Bonham Electric Inc**
**3521 Wrightway Road**
**Dayton, OH 45424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03-2019**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,283.75** |
|---|---|---|---|

**Jeff's SOS Drain&SewerCleaningSvcs Inc**
**4825 Hanover Road**
**Mound, MN 55364**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  06-2019**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,183.65** |
|---|---|---|---|

**Jiffy Rooter Enterprise Inc**
**PO Box 1236**
**Sioux City, IA 51102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  07-2019**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$375.00** |
|---|---|---|---|

**JMJ Zangel dba JMJ Sewer Service**
**16619 Terrey Pine Drive**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  09-2019**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,038.80** |
|---|---|---|---|

**Joe Czuchran dba Deluxe Doors**
**117 South Zane Highway**
**Martins Ferry, OH 43935**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12-2019**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$621.07** |
|---|---|---|---|

**John Gowing Plumbing & Heating**
**1210 W Sheridan Ave**
**Shenandoah, IA 51601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  03-2018**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,112.40** |
|---|---|---|---|

**John Rand the Handyman**
**1906 Old Government Street**
**Mobile, AL 36606**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  05-2019**

**Basis for the claim:  Goods and Services**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.250 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,003.00** |
|---|---|---|---|

**John's Sewer and Drain Cleaning**
**855 Village Center Drive #311**
**Saint Paul, MN 55127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$367.40** |
|---|---|---|---|

**Johnson Communications Inc.**
**29-B Stumpfield Road**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$969.37** |
|---|---|---|---|

**Jordan Plumbing Services**
**246 Turner Street**
**Waynesboro, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **09-2017**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JP Plumbing & Heating**
**895 7th Ave**
**Marion, IA 52302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **05-2018**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$250.00** |
|---|---|---|---|

**JustInTime Plumbing, Inc**
**683 Congress Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **08-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Keith's Electrical Contractors**
**2232 Brooklyn Ave**
**Harvey, LA 70058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10-2019**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$9,903.79** |
|---|---|---|---|

**Kelly's Plumbing**
**6108 25th St. N.**
**Fargo, ND 58102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2018**

**Basis for the claim:** **Goods and Services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.257** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,677.61**

**Ken's Enterprise, LLC**
**635 Pebble Blvd**
**Covington, GA 30016**

Date(s) debt was incurred  **11/2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.19**

**Kennan Redmond D/B/A/ Greater Plumbing**
**1158 Horsley Mill Rd**
**Carrollton, GA 30116**

Date(s) debt was incurred  **9/2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$675.19**

**Kenner Plumbing, Inc.**
**PO Box 22**
**Brookings, SD 57006**

Date(s) debt was incurred  **9/2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$847.50**

**King Plumbing**
**137 CR 7808**
**Jonesboro, AR 72401**

Date(s) debt was incurred  **7/2017**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,221.73**

**Kirk Electric, LLC**
**112 Lakeview Drive**
**Guntown, MS 38849**

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.262** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$215.00**

**Kozy Colors Remoldeling**
**215 West 2nd Street**
**PO Box 133**
**Waterford, PA 16441**

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00**

**Kramer & Sons Overhead Door, LLC**
**1219 Mayo Road**
**Edgewater, MD 21037**

Date(s) debt was incurred  **9/2019**

Last 4 digits of account number  ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264**

**Nonpriority creditor's name and mailing address**
**Kreimer Air Inc.**
**5725 Topeka Dr.**
**Tarzana, CA 91356**

**Date(s) debt was incurred  7/2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$95.00**

---

**3.265**

**Nonpriority creditor's name and mailing address**
**Kromer Plumbing**
**PO Box 1264**
**Mitchell, SD 57301**

**Date(s) debt was incurred  3/2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,386.36**

---

**3.266**

**Nonpriority creditor's name and mailing address**
**KT Mechanical, Inc**
**2134-C Chanticleer Ave**
**Phoenix, AZ 85065**

**Date(s) debt was incurred  10/2019**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,422.00**

---

**3.267**

**Nonpriority creditor's name and mailing address**
**Kushnick-Pallaci PLLC**
**630 Jognson Ave**
**Suite 201**
**Bohemia, NY 11716**

**Date(s) debt was incurred  _**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Attorney Fees**

Is the claim subject to offset? ■ No ☐ Yes

**$25,000.00**

---

**3.268**

**Nonpriority creditor's name and mailing address**
**Lammel Plumbing, Inc**
**200 N 7th**
**Suite 1**
**Beatrice, NE 68310**

**Date(s) debt was incurred  6/2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,521.90**

---

**3.269**

**Nonpriority creditor's name and mailing address**
**Landmark 05, LLC**
**PO Box 730**
**Evanston, WY 82931**

**Date(s) debt was incurred  12/2017**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,461.51**

---

**3.270**

**Nonpriority creditor's name and mailing address**
**Laney's Inc.**
**55 South 27th Street**
**Fargo, ND 58103**

**Date(s) debt was incurred  9/2018**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$11,965.23**

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.271**

**Nonpriority creditor's name and mailing address**

**Laney's Mechanical Inc.**
**c/o Turman & Lang, Ltd.**
**5050 N Broadway Suite 207**
**Fargo, ND 58107-0110**

Date(s) debt was incurred _

Last 4 digits of account number  **8819**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$6,419.15**

---

**3.272**

**Nonpriority creditor's name and mailing address**

**Laney's Mechanical, Inc**
**1034 Hwy. 59 South**
**Detroit Lakes, MN 56501**

Date(s) debt was incurred  **12/2018**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$5,765.00**

---

**3.273**

**Nonpriority creditor's name and mailing address**

**Lang Electric**
**9145 South River Rd**
**Waterville, OH 43566**

Date(s) debt was incurred  **3/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$235.00**

---

**3.274**

**Nonpriority creditor's name and mailing address**

**Lash's Glass**
**2242 Park Avenue**
**Chico, CA 95928**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$115.00**

---

**3.275**

**Nonpriority creditor's name and mailing address**

**Lauby Plumbing & Heating**
**8548 East Spruce Rd.**
**Wymore, NE 68466**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,929.85**

---

**3.276**

**Nonpriority creditor's name and mailing address**

**Lavigne Welding**
**2970 Skyview Drive**
**Lot#96**
**Lithia Springs, GA 30122**

Date(s) debt was incurred  **5/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$285.00**

---

**3.277**

**Nonpriority creditor's name and mailing address**

**Le Loux Diversified**
**2705 Garfield Ave**
**Doon, IA 51235**

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

**$989.75**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.278**  **Nonpriority creditor's name and mailing address**

**Lee Plumbing & Heating Co. Inc.**
**1430 Main Ave N**
**PO Box 530**
**Thief River Falls, MN 56701**

**Date(s) debt was incurred** __11/2018__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$1,890.86**

---

**3.279**  **Nonpriority creditor's name and mailing address**

**Lee's Heating, Air, & Refrigeration, Inc**
**404 Ironwood Drive**
**Salt Lake City, UT 84115**

**Date(s) debt was incurred** __7/2019__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$279.00**

---

**3.280**  **Nonpriority creditor's name and mailing address**

**Leeco Plumbing , LLC**
**12869 387th Ave**
**Aberdeen, SD 57401**

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$155.00**

---

**3.281**  **Nonpriority creditor's name and mailing address**

**Legacy Heating & Air**
**6502 Bluffton Road**
**Fort Wayne, IN 46809**

**Date(s) debt was incurred** __8/2019__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$177.67**

---

**3.282**  **Nonpriority creditor's name and mailing address**

**Liberty Door Repair**
**3605 Chastain Court**
**Alpharetta, GA 30004**

**Date(s) debt was incurred** __6/2019__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$250.00**

---

**3.283**  **Nonpriority creditor's name and mailing address**

**Lindow Plumbing, Inc**
**24454 Fairwood Lane**
**Nevis, MN 56467**

**Date(s) debt was incurred** __9/2019__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$300.00**

---

**3.284**  **Nonpriority creditor's name and mailing address**

**Lloyd's Electric Service, Inc**
**5553 Jeffrey Lane**
**Morristown, TN 37813**

**Date(s) debt was incurred** __6/2019__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

**$174.05**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.285** | Nonpriority creditor's name and mailing address
**Lock and Safe, LLC**
**833 Country Rd. H Unit 6**
**Wisconsin Dells, WI 53965**

Date(s) debt was incurred  **8/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,418.07**

---

**3.286** | Nonpriority creditor's name and mailing address
**Lone Star Concept Solutions, LLC**
**1047 Knoxbridge Road**
**Forney, TX 75126**

Date(s) debt was incurred  **8/2017**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,831.96**

---

**3.287** | Nonpriority creditor's name and mailing address
**Lone Star Handyman Services**
**PO Box 1486**
**Summerville, SC 29484**

Date(s) debt was incurred  **4/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$195.00**

---

**3.288** | Nonpriority creditor's name and mailing address
**Long's Plumbing & Heating, Inc**
**1604 E Highway #14-16**
**Gillette, WY 82716**

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$285.00**

---

**3.289** | Nonpriority creditor's name and mailing address
**Loyal Plumbing**
**3225 W. Rapid Street**
**Rapid City, SD 57702**

Date(s) debt was incurred  **10/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,493.87**

---

**3.290** | Nonpriority creditor's name and mailing address
**Lynch & Son's Plumbing**
**675 North Haven Dr.**
**Robins, IA 52328**

Date(s) debt was incurred  **4/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$247.23**

---

**3.291** | Nonpriority creditor's name and mailing address
**M & M Handyman**
**9864 Dino Dr**
**#7**
**Elk Grove, CA 95624**

Date(s) debt was incurred  **4/2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$475.00**

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$550.00** |
| --- | --- | --- | --- |

**M & O IIndustries D/B/A/ Garage Door 911**
**8301 SW 41st**
**Fort Lauderdale, FL 33328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$889.22** |
| --- | --- | --- | --- |

**Maher Plumbing & Heating**
**526 W 2nd**
**Ottumwa, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$440.00** |
| --- | --- | --- | --- |

**Malphus Electrical Contracting, Inc.**
**200 Richey Lane**
**Douglas, GA 31535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$582.88** |
| --- | --- | --- | --- |

**Maniaci Construction**
**324 Fee Fee Rd**
**Maryland Heights, MO 63043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$700.00** |
| --- | --- | --- | --- |

**Marick, Inc**
**138 Jefferson Ave**
**Des Moines, IA 50314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,122.85** |
| --- | --- | --- | --- |

**Martinez Plumbing and Heating, Inc.**
**2307 S Greeley Hwy**
**Cheyenne, WY 82007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,079.50** |
| --- | --- | --- | --- |

**Master Plumbing Services**
**PO Box 2451**
**Inver Grove Heights, MN 55076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.299** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$476.00**

**McCarl's Preferred Services**
**829 24th St.**
**Altoona, PA 16601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.300** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,284.97**

**Mclain Plumbing**
**107 Magnolia Street**
**Philadelphia, MS 39350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.301** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$378.00**

**Mechanical Air Conditioning**
**1373 North Killian Drive**
**Lake Park, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.302** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,000.28**

**Mel's Heat & Air**
**1745 Mccormick St**
**Turlock, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.303** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,494.87**

**Metro Plumbing**
**PO Box 227**
**Norfolk, NE 68702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.304** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$358.00**

**Mid-South Electric Contractors, Inc**
**3869 New Getwell Rd**
**Memphis, TN 38118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.305** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$152.32**

**Mikal The Locksmith**
**9216 Randall Drive NW**
**Gig Harbor, WA 98332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor __Hagaman Property Development, LLC_____   Case number *(if known)* _____
Name

| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,488.00 |
|---|---|---|---|

**Mike's AC & Refrigeration, LLC**
**2250 NW Sunset Blvd**
**Jensen Beach, FL 34957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/2019**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mike's Plumbing**
**169 Mt Vernon Ave**
**Augusta, ME 04330**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2018**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $326.00 |
|---|---|---|---|

**Millard Plumbing Inc.**
**205 Dardanelle Dam Rd**
**Dardanelle, AR 72834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/2017**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,243.24 |
|---|---|---|---|

**Mitchell Plumbing & Heating, Inc**
**801 N Rowley St.**
**PO Box 1328**
**Mitchell, SD 57301**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/2019**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**MJS Septic Systems**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2019**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $214.75 |
|---|---|---|---|

**Mobile Washer**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/2019**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|---|---|---|---|

**Monterey John's Repair**
**PO Box 51704**
**Pacific Grove, CA 93950**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2019**

**Last 4 digits of account number  _**

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.313 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$265.00** |
|---|---|---|---|

**Morris Plumbing and Sewer**
**1694 Laurel Creek Cir**
**Lithonia, GA 30058**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2/2019**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$416.00** |
|---|---|---|---|

**Morton Plumbing, Inc**
**2426 Winford Ave**
**Nashville, TN 37211**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **4/2019**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$113.42** |
|---|---|---|---|

**Mount Pleasant Plumbing and Heating**
**2310 235th St**
**Mount Pleasant, IA 52641**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/2018**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,635.00** |
|---|---|---|---|

**Mountain West Electrical Services**
**PO Box 2102**
**Pinedale, WY 82941**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **01/2020**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$400.00** |
|---|---|---|---|

**MPG Mechanical**
**64 Laurel Road**
**Charlestown, RI 02813**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **10/2019**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$225.00** |
|---|---|---|---|

**Mr Electric of Baton Rouge**
**PO Box 80724**
**Baton Rouge, LA 70898**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **6/2019**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$757.50** |
|---|---|---|---|

**Mr. Electric of Lafayette**
**PO Box 658**
**Carencro, LA 70520**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **3/2019**

**Basis for the claim:  Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179.00** |
|---|---|---|---|

**Mr. Electric of Tri-Cities**
**3201 Kimberely Ct**
**Suite 300-D6**
**Johnson City, TN 37604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$255.36** |
|---|---|---|---|

**Mr. Handyman of Morresville**
**470 North Broad St**
**Suite C**
**Mooresville, NC 28115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **12/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**Mr. Rooter Plumber**
**4520 Federal Blvd #A**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **1/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$986.10** |
|---|---|---|---|

**Mr. Rooter Plumbing**
**248A Turner St**
**  AL 36367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2017**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$730.57** |
|---|---|---|---|

**Mr. Rooter Plumbing of Dubuque**
**5085 Wolff Road**
**Dubuque, IA 52002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **11/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,845.65** |
|---|---|---|---|

**Ms Fix It and Landscaping**
**1649 South Main Street**
**Suite 106**
**Milpitas, CA 95035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,534.57** |
|---|---|---|---|

**Mt Pleasant Heating & AC**
**2310 235th St**
**Mount Pleasant, IA 52641**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.327 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$189.00** |
|---|---|---|---|

**Murray Plumbing**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.328 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$382.50** |
|---|---|---|---|

**Nagel Plumbing**
**1404 West John Street**
**Grand Island, NE 68801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.329 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,000.00** |
|---|---|---|---|

**Nano Flex Funding**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  **Loan**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.330 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,745.00** |
|---|---|---|---|

**New England Restaurant Retail Maint.**
**400 West Cummings Park**
**#1050**
**Woburn, MA 01801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.331 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85.00** |
|---|---|---|---|

**Nicks Appliance Service Inc**
**180 Boston Avenue**
**#B**
**San Jose, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.332 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,603.00** |
|---|---|---|---|

**Northstar Plumbing**
**3039 Ridge Drive E**
**West Fargo, ND 58078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.333 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,100.50** |
|---|---|---|---|

**Nuckles and Sons, LLC**
**310 N Culberhouse**
**Jonesboro, AR 72401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.334** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$125.00**

**Nyac Plumbing**
**2452 Palisades Center Dr**
**West Nyack, NY 10994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.335** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$155.00**

**O'Brien Electric**
**71994 Rd. 373**
**Culbertson, NE 69024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.336** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00**

**Obist & Co**
**5020 Howard Blvd.**
**Columbus, NE 68601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.337** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$567.10**

**Oceans Enterprise, LLC D/B/A Floor Pros**
**2626 Old Fair Road**
**Grand Island, NE 68803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.338** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$547.93**

**On The Level Plumbing**
**PO Box 271**
**Poughkeepsie, NY 12602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.339** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00**

**On Track Doors, Inc**
**914 SE 9th St.**
**Cape Coral, FL 33990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.340** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$377.25**

**One Call Plumbing**
**PO Box 851062**
**Mobile, AL 36685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | Hagaman Property Development, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.341** Nonpriority creditor's name and mailing address

**Orres & Gailey Plumbing, Heating & A/C**
**330 5th Avenue South**
**Fort Dodge, IA 50501**

Date(s) debt was incurred  **5/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,105.17**

---

**3.342** Nonpriority creditor's name and mailing address

**Overhead Door Co of Southwest Georgia, I**
**PO Box 3747**
**Albany, GA 31706**

Date(s) debt was incurred  **7/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

**3.343** Nonpriority creditor's name and mailing address

**Overhead Door Co of the Permain Basin**
**707 S. Colorado**
**Midland, TX 79701**

Date(s) debt was incurred  **7/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$345.21**

---

**3.344** Nonpriority creditor's name and mailing address

**Oxford Plumbing**

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$205.47**

---

**3.345** Nonpriority creditor's name and mailing address

**Patrick Heating & Air Conditioning**
**1602 S. Monroe**
**Amarillo, TX 79102**

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$952.60**

---

**3.346** Nonpriority creditor's name and mailing address

**Patriot Plumbing and Drain Service**
**PO Box 3046**
**West Memphis, AR 72303**

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,385.00**

---

**3.347** Nonpriority creditor's name and mailing address

**Paul L. Buddy Plumbing & Heating Inc.**
**195 W Ashland Ave**
**Aurora, IL 60506**

Date(s) debt was incurred  **06-2019**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$484.00**

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.348** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$347.75**

**Peterson Plumbing & Heating Co**
926. W. 3rd Street
Davenport, IA 52802

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.349** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$601.88**

**Piazza Plumbing Co, Inc,**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.350** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,658.44**

**Pierce Plumbing, Inc**
1518 North Main Street
Hattiesburg, MS 39401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.351** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,549.06**

**Pike Plumbing & Heating, Inc**
830 Brook Street
Brainerd, MN 56401

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.352** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,988.10**

**Pinnacle Plumbing Inc**
3200 3rd Ave
Suite 200
Marion, IA 52302

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.353** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,052.01**

**Pipe it up Plumbing Service, LLC**
PO Box 54576
Pearl, MS 39288

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.354** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,378.90**

**PJN Enterprise  D/B/A/ Priority Plumbing**
600 Holcomb Ave. #4
Des Moines, IA 50313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.355** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**Plumbing the Bay**
21615 Hesperian Blvd.
Hayward, CA 94541

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.356** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$331,339.23**

**Plumbing Today, Inc.**
c/o Aldo Vitagilano, Esq.
150 Purchase St #9
Rye, NY 10580

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10-11-2019**

Basis for the claim:  **Arbitration Award**

Last 4 digits of account number  **2570**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.357** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

**Pollman Plumbing, Heating & Air**
324 3rd Street
PO Box 621
Fairbury, NE 68352

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.358** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,751.88**

**Pontotoc Plumbing**
207 Industrial Dr
Pontotoc, MS 38863

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.359** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$262.00**

**Power Doctors Electrical Services, LLC**
PO Box 265
Southaven, MS 38671

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.360** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,175.00**

**Powerhouse Plumbing**
PO Box 65014
Lubbock, TX 79464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.361** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$112.35**

**Precise Plumbing**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Hagaman Property Development, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$951.02**

**Precision Door Service of Jackson**
**113 N Layfair Drive**
**Flowood, MS 39232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.363** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,907.32**

**Precision Garage Door Serv of Huntsville**
**3411 Highway 53**
**Suite B**
**Huntsville, AL 35806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.364** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$555.00**

**Presision Door Service of Noblesville**
**14560 Bergen Blvd**
**Suite 100**
**Noblesville, IN 46060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.365** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,788.60**

**Procollect Svcs. Inc.**
**c/o P.D.A. B. Inc.**
**PO Box 98**
**Rockaway, NJ 07866-0098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  **2089**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$494.70**

**Proctor & Graves Service Company**
**PO Box 44146**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$289.00**

**Quality Fence Company**
**PO Box 384**
**Wildwood, GA 30757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.368** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$115,353.91**

**Quarter Spot**
**c/o Parket Simon Koklis**
**110 N Washington St**
**Suite 500**
**Rockville, MD 20850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  **Loan**

Last 4 digits of account number  **1463**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.369 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $280.50 |
|---|---|---|---|

**Quinn Home Improvement**
**3401 South Jesse James Circle**
**Sioux Falls, SD 57103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,865.00 |
|---|---|---|---|

**R & S Overhead Garage Door, Inc**
**1140 Montague Ave**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.371 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $216.50 |
|---|---|---|---|

**R A Fisher Electric LLC**
**20815 Wolfridge Rd**
**Killeen, TX 76549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.372 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Race, LLC DBA Craven Electrical Service**
**4811 Bethlehem Road**
**Suite B**
**Richmond, VA 23230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $250.00 |
|---|---|---|---|

**Radio Controlled Garage Door & Gate**
**PO Box 482116**
**Kansas City, MO 64148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,274.75 |
|---|---|---|---|

**Ralph's Plumbing & Heating Inc**
**612 Burdick Expressway East**
**Minot, ND 58701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.375 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $150.00 |
|---|---|---|---|

**Rame Services, LLC**
**2031 Marravilla Circle**
**Fort Myers, FL 33901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.376 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,994.50 |
|---|---|---|---|

**Randy's Plumbing & Heating Inc**
**200 Rim Road**
**Lafayette, LA 70507**

Date(s) debt was incurred __3/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,885.00 |
|---|---|---|---|

**Rapid Rooter (C & E Wood)**
**2017 E Highway 44**
**Rapid City, SD 57701**

Date(s) debt was incurred __8/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $968.00 |
|---|---|---|---|

**Ray & Son Heating & Air Conditioning Inc**
**540 Hazel Ave**
**Nashville, GA 31639**

Date(s) debt was incurred __9/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,864.88 |
|---|---|---|---|

**Ready People**
**c/o Law Office of Joseph A. Molinaro LLC**
**648 Wyckoff Ave**
**Wyckoff, NJ 07481**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,467.19 |
|---|---|---|---|

**Rebel Electric, Inc**
**PO Box 118**
**Sherman, MS 38869**

Date(s) debt was incurred __8/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.00 |
|---|---|---|---|

**Reid Construction**

Date(s) debt was incurred __10/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $682.00 |
|---|---|---|---|

**Renner Garage Doors**
**3530 NE Kimball Drive**
**Kansas City, MO 64161**

Date(s) debt was incurred __9/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
| | Name | |

---

| 3.383 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120.38** |

**Ricker Plumbing, Heating & A.C.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.384 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,359.21** |

**Riley Armstrong Plumbing**
**11 North 20th Street**
**Fort Dodge, IA 50501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.385 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,540.18** |

**Rivers Edge Plumbing & Heating, Inc**
**PO Box 1941**
**Bismarck, ND 58502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2018**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.386 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$280.00** |

**Robert Brown Plumbing**
**4801 Hazel Jones Road**
**Bossier City, LA 71111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **4/2018**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.387 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,025.00** |

**Rochester Drain Rite, Inc**
**PO Box 6380**
**Rochester, MN 55903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.388 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$158.25** |

**Rock Mechanial**
**4009 Felland Road**
**Suite 107**
**Madison, WI 53718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$95.00** |

**Rooterman of Milton Florida**
**6061 Oglesby Road**
**Milton, FL 32570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2019**

Last 4 digits of account number  _

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,264.82** |

**Rose City Garage Doors, Inc**
**115 East lane**
**Thomasville, GA 31757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2019**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Roto Rooter**
**PO Box 1103**
**Ames, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2018**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,647.05** |

**Roto Rooter**
**852 44th St SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/2019**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$11,597.18** |

**Roto Rooter**
**4005 SE Grimes Blvd.**
**Grimes, IA 50111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  5/2018**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,444.33** |

**Roto Rooter**
**235 E Jefferson St**
**Rhodes, IA 50234**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  3/2018**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$830.00** |

**Roto Rooter**
**852 44th St SE**
**Cedar Rapids, IA 52403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/2019**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |

**Roto Rooter**
**5672 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  8/2019**

Basis for the claim:  **Goods & Services**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.397** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,209.90**

Roto Rooter
PO Box 7226
Sherwood, AR 72114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$97.00**

Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,105.75**

Roto Rooter

Kansas City, MO 64506

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.400** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$560.00**

Roto Rooter
PO Box 1063
Moorhead, MN 56561

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$421.51**

Roto Rooter
5278 Telegraph Road
Toledo, OH 43612

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 1/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$750.61**

Roto Rooter
300 Kansas Lane
Monroe, LA 71203

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$17,576.97**

Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/2019

**Basis for the claim:** Goods & Services

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.404 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$612.38** |
|---|---|---|---|

**Roto Rooter**
**PO Box 3154**
**Bismarck, ND 58502**

Date(s) debt was incurred __3/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$734.80** |
|---|---|---|---|

**Roto Rooter**
**PO Box 4607**
**Sioux City, IA 51104**

Date(s) debt was incurred __5/2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,003.27** |
|---|---|---|---|

**Roto Rooter #10507**
**794 Drexel Street**
**Ralston, NE 68127**

Date(s) debt was incurred __11/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,094.50** |
|---|---|---|---|

**Roto Rooter Bellevue**
**5672 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __12/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$661.08** |
|---|---|---|---|

**Roto Rooter Cherry Hill**
**5672 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __12/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,812.17** |
|---|---|---|---|

**Roto Rooter DBA Mac Services Inc**
**3901 W Cavalry Ct**
**Lincoln, NE 68528**

Date(s) debt was incurred __7/2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,713.00** |
|---|---|---|---|

**Roto Rooter Norcross**
**5672 Collections Central Drive**
**Chicago, IL 60693**

Date(s) debt was incurred __1/2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods & Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.411 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$247.00** |
|---|---|---|---|

**Roto Rooter of Burlington**
**13802 80th Street**
**Burlington, IA 52601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2018

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,536.53** |
|---|---|---|---|

**Roto Rooter of Carroll**
**PO Box 1103**
**Ames, IA 50014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2019

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,656.95** |
|---|---|---|---|

**Roto Rooter of Iowa Falls**
**PO Box 61**
**Iowa Falls, IA 50126**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 5/2018

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$664.00** |
|---|---|---|---|

**Roto Rooter of Minot**
**6621 16th Ave NW**
**Minot, ND 58703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 6/2019

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,671.60** |
|---|---|---|---|

**Roto Rooter SD**
**PO Box 623**
**Sioux Falls, SD 57101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/2018

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$16,773.19** |
|---|---|---|---|

**Roto Rooter Sewer Drain Services**
**2840 Wilder Rd NW**
**Rochester, MN 55901**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/2019

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,150.73** |
|---|---|---|---|

**Roto Rooter Sewer Service**
**PO Box 157**
**Ottumwa, IA 52501**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2/2019

**Basis for the claim:** **Goods & Services**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.418 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,375.00** |
|---|---|---|---|

**Roto Rooter Woodbridge VA**
**5672 Collections Center Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  12/2019**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.419 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$184.89** |
|---|---|---|---|

**RSDM, LLC DBA Tony's Enterprises**
**1921 W Dimond Blvd**
**Unit A**
**Anchorage, AK 99515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2/2019**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.420 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00** |
|---|---|---|---|

**RVJJ Service**
**915 West 8th St**
**North Platte, NE 69101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  9/2018**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.421 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**RW Handyman Services**
**1808 Somerfield Lane**
**Crystal Lake, IL 60014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/2019**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.422 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,510.00** |
|---|---|---|---|

**Ryan Shelton**
**C/O Deep Springs Maintenance Group**
**Madison, NC 27025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  7/2019**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.423 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$839.90** |
|---|---|---|---|

**S & R Louisiana LLC**
**D/B/A Precision Door Service**
**8967 Castille Rd, Suite M**
**Baton Rouge, LA 70809**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  4/2019**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.424 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$580.00** |
|---|---|---|---|

**Safe T Locks**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  1/2020**

**Last 4 digits of account number  __**

**Basis for the claim:  Goods & Services**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.425** | Nonpriority creditor's name and mailing address

**Same Day Electric**
**4299 W Chinden Blvd**
**Garden City, ID 83714**

Date(s) debt was incurred  **10/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,559.41**

---

**3.426** | Nonpriority creditor's name and mailing address

**San Diego 1/2 Price Handyman**
**2571 Quidde Aven**
**San Diego, CA 92122**

Date(s) debt was incurred  **2/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$192.00**

---

**3.427** | Nonpriority creditor's name and mailing address

**Schmidt Drain Cleaning, LLC**
**D/B/A Rooter Man**
**Buffalo, MN 55313**

Date(s) debt was incurred  **1/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,225.00**

---

**3.428** | Nonpriority creditor's name and mailing address

**Schulz Plg, HTG & A/C, Inc**
**20 11th Ave N**
**Carrington, ND 58421**

Date(s) debt was incurred  **3/2018**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.00**

---

**3.429** | Nonpriority creditor's name and mailing address

**Scott B Moores**
**D/B/A Custom Electric COI**
**410 Oak Street**
**Oakland, ME 04963**

Date(s) debt was incurred  **6/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.430** | Nonpriority creditor's name and mailing address

**Scott can fix it**
**42215 Washington St**
**A166**
**Palm Desert, CA 92211**

Date(s) debt was incurred  **7/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,450.00**

---

**3.431** | Nonpriority creditor's name and mailing address

**Scott's Glass & Fabrication**
**2990 Esplanade**
**Chico, CA 95928**

Date(s) debt was incurred  **5/2019**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$125.00**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,828.45** |
|---|---|---|---|

**SCR Norther Division**
**7674 College Road**
**Suite 115**
**Baxter, MN 56425**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,901.44** |
|---|---|---|---|

**SD Sewer Lining Solutions & Drain**
**4108 W Newcomb St**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$460.00** |
|---|---|---|---|

**Security Safe & Lock Co.**
**2392 E Turkeyfoot Lake Road**
**Akron, OH 44312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$434.69** |
|---|---|---|---|

**Senninger Plumbing Co. Inc**
**11107 Cedar Creek Road**
**Louisville, KY 40229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2020**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,769.79** |
|---|---|---|---|

**Service Experts Plumbing & Drain**
**PO Box 7405**
**Diberville, MS 39540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2018**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|---|---|---|---|

**Service Glass & Door Co.**
**401 17th St.**
**Lake Charles, LA 70601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,661.54** |
|---|---|---|---|

**Service Plumbing & Heating Co., Inc**
**201 Webbwood Road**
**Riverton, WY 82501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019**

Basis for the claim:  **Goods & Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.439** | Nonpriority creditor's name and mailing address

**Sewer Rooter & Plumbing**
**816 S Eddy Street**
**Grand Island, NE 68801**

Date(s) debt was incurred  **11/2018**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods & Services**

Is the claim subject to offset? ■ No ☐ Yes

**$246.00**

---

**3.440** | Nonpriority creditor's name and mailing address

**Sharkey Plumbing & Heating, Inc**
**418 S 32nd St**
**Spearfish, SD 57783**

Date(s) debt was incurred  **January 2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Service**

Is the claim subject to offset? ■ No ☐ Yes

**$688.78**

---

**3.441** | Nonpriority creditor's name and mailing address

**Sheeri Contractor's Inc**
**204 East 112 Street**
**New York, NY 10029**

Date(s) debt was incurred  **February 2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,203.97**

---

**3.442** | Nonpriority creditor's name and mailing address

**Siegel's Floor Coverings**
**1025 Broadway**
**Wheaton, MN 56296**

Date(s) debt was incurred  **October 2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.443** | Nonpriority creditor's name and mailing address

**Siemer Plumbing**
**103 South 7th Street**
**Denison, IA 51442**

Date(s) debt was incurred  **August 2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$594.52**

---

**3.444** | Nonpriority creditor's name and mailing address

**Skooter Plumbing & Drain Cleaning**

Date(s) debt was incurred  **December 2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$13,323.22**

---

**3.445** | Nonpriority creditor's name and mailing address

**Smith's Sewer Service, Inc.**
**PO Box 351**
**4620 NW 62nd Ave**
**Johnston, IA 50131**

Date(s) debt was incurred  **July 2019**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$588.50**

---

| Debtor | **Hagaman Property Development, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.446 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$250.00** |
|---|---|---|---|

**Sodexo**
**3847 Crum Road**
**Youngstown, OH 44515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 2018**

Basis for the claim: **Goods and Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**South Shore Heating & Cooling**
**57 Whites Path**
**South Yarmouth, MA 02664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2018**

Basis for the claim: **Goods and Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,131.00** |
|---|---|---|---|

**Southern Iowa Plumbing , LLC**
**406 W. Jackson Street**
**Corydon, IA 50060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2018**

Basis for the claim: **Goods and Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$130.00** |
|---|---|---|---|

**Southwind Ent. Inc. dba 1-800-Got-Junk**
**9851 Widmer Road**
**Lenexa, KS 66215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,017.45** |
|---|---|---|---|

**Speedy Rooter Plumbing Spirit Ent. of Or**
**600 W. 13th Street**
**South Sioux City, NE 68776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **February 2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$224.25** |
|---|---|---|---|

**Spirit Enterprise of Oregon Inc.**
**102 Birch Avenue**
**Troutdale, OR 97060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2019**

Basis for the claim: **Goods and Services**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$831.20** |
|---|---|---|---|

**Stanley Steamer**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **August 2019**

Basis for the claim: **__**

Last 4 digits of account number **__**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00** |
|---|---|---|---|

**Steve's Locksmith Services**
**56 Flamingo Road**
**Levittown, PA 19056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2019__

Basis for the claim:  __Goods and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,721.00** |
|---|---|---|---|

**Steven Robotaille dba SDR Construction**
**203 Main Street**
**Sabattus, ME 04280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __December 2019__

Basis for the claim:  __Goods and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,558.00** |
|---|---|---|---|

**Stockton Maintenance Group**
**1975 Sansbury's Way Suite 116**
**West Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __June 2019__

Basis for the claim:  __Goods and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,223.23** |
|---|---|---|---|

**Stoll Plumbing Heating & Cooling**
**105 E. Cass Street**
**Osceola, IA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __November 2019__

Basis for the claim:  __Goods and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Stoudenmire Heating & Air Conditioning**
**1516 Barnwell Street**
**Columbia, SC 29201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __October 2019__

Basis for the claim:  __Goods & Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00** |
|---|---|---|---|

**Strickland Plumbing**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __August 2019__

Basis for the claim:  __Goods and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$336.00** |
|---|---|---|---|

**Summit Heating & Cooling, LLC**
**1415 Murray Drive**
**Kansas City, MO 64116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __September 2019__

Basis for the claim:  __Goods and Services__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.460 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,845.48** |
|---|---|---|---|

**Sunbelt Rentals, Inc.**
**PO Box 409211**
**Atlanta, GA 30384-9211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  **3718**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.461 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100.00** |
|---|---|---|---|

**Super Hero's Painting**
**601 Cannery Avenue**
**Sacramento, CA 95811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.462 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$196.65** |
|---|---|---|---|

**Superior Inc.**
**101 Mundy Memorial Drive**
**Mount Juliet, TN 37122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.463 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$85.00** |
|---|---|---|---|

**Susie's Cleaning 337**
**165 Gus Brown Road**
**Anacoco, LA 71403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.464 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$246.00** |
|---|---|---|---|

**Tailwind Enterprise LLC dba Apple Plumbi**
**6017 W Franklin Road**
**Boise, ID 83709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.465 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$161.25** |
|---|---|---|---|

**Tambe Electric**
**614 Fishers Run**
**Victor**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **December 2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.466 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$470.00** |
|---|---|---|---|

**TC Fix it**
**1202 Bass Lake Road**
**Traverse City, MI 49685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **May 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.467**

**Nonpriority creditor's name and mailing address**

**Tennessee Valley Excating**

**Date(s) debt was incurred** _Decmeber 2018_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☑ No ☐ Yes

**$600.00**

---

**3.468**

**Nonpriority creditor's name and mailing address**

**The Appliance Repair Man**

**Date(s) debt was incurred** _July2019_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$300.00**

---

**3.469**

**Nonpriority creditor's name and mailing address**

**The Drain Cleaner**
**1115 South Lincoln Avenue**
**Grand Island, NE 68801**

**Date(s) debt was incurred** _January 2020_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$3,410.57**

---

**3.470**

**Nonpriority creditor's name and mailing address**

**The Genuine Overhead Door Columus GA**
**1230 5th Avenue**
**Columbus, GA 31901**

**Date(s) debt was incurred** _July 2019_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$225.00**

---

**3.471**

**Nonpriority creditor's name and mailing address**

**The Handyman USA**

**Columbus, GA 31904**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$150.00**

---

**3.472**

**Nonpriority creditor's name and mailing address**

**The Nashville Handyman**
**1921 19th Avenue**
**Nashville, TN 37212**

**Date(s) debt was incurred** _July 2019_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$650.00**

---

**3.473**

**Nonpriority creditor's name and mailing address**

**The Plumber Co**

**IA**

**Date(s) debt was incurred** _June 2018_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Goods and Services_

Is the claim subject to offset? ☑ No ☐ Yes

**$113.00**

---

**Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.474** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$175.00**

**The Plumber Master**

**WA**

Date(s) debt was incurred __September 2019__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.475** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$282.45**

**Tim Rausch Plumbing**
**1606 W. Haskel St. Suite A**
**Appleton, WI 54914**

Date(s) debt was incurred __June 2019__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.476** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Tim's Handywork LLC**
**45006 Schoolhouse Road**
**Osage, MN 56570**

Date(s) debt was incurred __July 2019__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.477** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$270.00**

**Tim's Handywork, LLC**
**45006 Schoolhouse Road**
**Osage, MN 56570**

Date(s) debt was incurred __June 2019__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.478** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,975.97**

**Timber Ridge Plumbing**
**1512 Basin Avenue**
**Bismarck, ND 58504**

Date(s) debt was incurred __May 2019__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.479** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$722.42**

**Titanium Plumbing LLC**
**PO Box 528**
**Watford City, ND 58854**

Date(s) debt was incurred __May 2018__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.480** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$375.00**

**Titans Electric**
**8421 Old Brownsville Road**
**Arlington, TN 38002**

Date(s) debt was incurred __February 2019__

Last 4 digits of account number ____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com |

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.481**  **Nonpriority creditor's name and mailing address**

**Todd Plumbing**
**15978 NE 112th Street**
**Maxwell, IA 50161**

**Date(s) debt was incurred  January 20**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$101.65**

---

**3.482**  **Nonpriority creditor's name and mailing address**

**Toledo Window & Gutter LLC**
**7439 2nd Street**
**Holland, OH 43528**

**Date(s) debt was incurred  September 2019**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$150.00**

---

**3.483**  **Nonpriority creditor's name and mailing address**

**Total Group LLC**
**15115 Old Hickory Blvd Suite B**
**Nashville, TN 37211**

**Date(s) debt was incurred  August 2019**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$4,241.67**

---

**3.484**  **Nonpriority creditor's name and mailing address**

**Turbo Rooter Plumbing & Septic**

**GA**

**Date(s) debt was incurred  July 2019**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$365.00**

---

**3.485**  **Nonpriority creditor's name and mailing address**

**Turner Plumbing Inc.**
**217 W. Kidder Street**
**Vermillion, SD 57069**

**Date(s) debt was incurred  February 2019**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,232.87**

---

**3.486**  **Nonpriority creditor's name and mailing address**

**Tuscan Door Service**
**1938 W/ Camino Toro Bronco**
**Vail, AZ 85641**

**Date(s) debt was incurred  July 2019**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$747.00**

---

**3.487**  **Nonpriority creditor's name and mailing address**

**Two Men and A Snake**
**14919 A. Circle**
**Omaha, NE 68144**

**Date(s) debt was incurred  November 2017**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Goods and Services**

Is the claim subject to offset? ■ No ☐ Yes

**$11,768.61**

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

3.488 | **Nonpriority creditor's name and mailing address**

**Ugstad Plumbing, Inc.**
**3209 E. Fir Ave**
**Fergus Falls, MN 56537**

Date(s) debt was incurred **October 2019**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,240.35**

---

3.489 | **Nonpriority creditor's name and mailing address**

**Universal Lighting & Electric LLC**
**5201 W. 46th Street**
**Indianapolis, IN 46254**

Date(s) debt was incurred **February 2019**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$150.00**

---

3.490 | **Nonpriority creditor's name and mailing address**

**Universal Plumbing Co**
**8811 SW Spruce Street**
**Portland, OR 97223**

Date(s) debt was incurred **September 2019**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$250.00**

---

3.491 | **Nonpriority creditor's name and mailing address**

**Upkeep**
**817 26th Street**
**Milford, IA 51351**

Date(s) debt was incurred **April 2018**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,274.54**

---

3.492 | **Nonpriority creditor's name and mailing address**

**USI Insurance Services LLC**
**PO BOx 62939**
**Virginia Beach, VA 23466**

Date(s) debt was incurred **12-2019**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Insurance on Bond**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,125.00**

---

3.493 | **Nonpriority creditor's name and mailing address**

**Valentine Electric, Inc.**
**374 Greenbush Road**
**Blauvelt, NY 10913-1108**

Date(s) debt was incurred **March 2019**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$231.71**

---

3.494 | **Nonpriority creditor's name and mailing address**

**Vapor Viper**

**IA**

Date(s) debt was incurred **March 2018**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Goods and Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$214.00**

---

| Debtor | **Hagaman Property Development, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.495 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$591.91** |
|---|---|---|---|

**Varnadore Electric, Inc.**
**307 South Nicholls Street**
**Waycross, GA 31503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.496 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,090.00** |
|---|---|---|---|

**Velocity Drain Services, Inc.**
**5650 Quam Ave. NE**
**Saint Michael, MN 55376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.497 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,887.91** |
|---|---|---|---|

**Vilandres Plumbing**
**PO Box 5673**
**701 North 7th Street**
**Grand Forks, ND 58206-5673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **April 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,139.07** |
|---|---|---|---|

**Vincent J. Cestaro & Son Plumbing & Heat**
**705 South Street**
**Newburgh, NY 12550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2017**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$516.00** |
|---|---|---|---|

**Vitt Heating and AC Co. Inc.**
**4719 Morganford Road**
**Saint Louis, MO 63116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$340.00** |
|---|---|---|---|

**Walstra Plumbing & Heating Inc.**
**539 4th Street**
**Sioux Center, IA 51250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **June 2018**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$688.75** |
|---|---|---|---|

**Walter Plumbing**
**#3 Brassie Drive**
**Mc Cook, NE 69001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **October 2019**

Basis for the claim:  **Goods and Services**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.502 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,138.58** |
|---|---|---|---|

**Wheelhouse Plumbing, Inc.**
**2315 E. Dakota Ave. Suite 1**
**Pierre, SD 57501-4333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,940.00** |
|---|---|---|---|

**Wiese Plumbing & Excavating, Inc.**
**620 Marvin Ct**
**Fremont, NE 68025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **January 2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,395.78** |
|---|---|---|---|

**Wilcox Plumbing & Heating**
**PO Box 68**
**109 3rd St SW**
**Red Lake Falls, MN 56750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2018**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,375.00** |
|---|---|---|---|

**Wildwood Services, LLC**
**2242 Otter Creek Ln**
**Sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **July 2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$150.00** |
|---|---|---|---|

**Williams and Fogg Mechanical Services In**
**1207 B. School Street**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **August 2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,018.28** |
|---|---|---|---|

**Williams Plumbing**
**2648 260th Street**
**Marshalltown, IA 50158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **November 2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$249.00** |
|---|---|---|---|

**Wilmington Heating & Air**
**PO 16188**
**Wilmington, NC 28408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **September 2019**

**Basis for the claim:**  **Goods and Services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Hagaman Property Development, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| 3.509 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $203.50 |
|---|---|---|---|

**Yes Sir Plumbing & Heating**
**308 1/2 E. Blvd. Apt. B**
**Bismarck, ND 58502**

Date(s) debt was incurred __August 2018__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $503.80 |
|---|---|---|---|

**Yesco Sign and Lighting**
**1208 Columbus Road, Suite F**
**Burlington, NJ 08016**

Date(s) debt was incurred __April 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $330.75 |
|---|---|---|---|

**Young Electric, LLC**
**9999 SW Wilshire Street, Suite 221**
**Portland, OR 97225**

Date(s) debt was incurred __July 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $385.20 |
|---|---|---|---|

**Young Plumbing & Heating Co**
**750 So. Hackett Road**
**PO Box 1077**
**Waterloo, IA 50704**

Date(s) debt was incurred __October 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,169.74 |
|---|---|---|---|

**Zippy Drain, LLC**
**800 New York Avenue**
**Des Moines, IA 50313**

Date(s) debt was incurred __January 2019__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Goods and Services__

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,705,623.55 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 1,705,623.55 |

**Fill in this information to identify the case:**

Debtor name     **Hagaman Property Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
| State the term remaining | **Term ending May 31, 2020** | **Dr. Gilbert Loggato<br>19 Huntington Court<br>Toms River, NJ 08753** |
| List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Hagaman Property Development, LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ally Financial** | ■ D ___**2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ally Financial** | ■ D ___**2.2**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ally Financial** | ■ D ___**2.3**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ally Financial** | ■ D ___**2.4**___<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ally Financial** | ■ D ___**2.5**___<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* _____ |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ally Financial** | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Chase Auto Finance** | ■ D ___2.9___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Citizens Bank** | ■ D ___2.10___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Ford Motor Credit** | ■ D ___2.13___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **GM Financial** | ■ D ___2.14___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **GM Financial** | ■ D ___2.15___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Nissan Finanace**<br>**Motor Acceptance** | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Robert Hagaman** | **2283 Big Enough Way**<br>**Toms River, NJ 08755** | **Nissan Finanace**<br>**Motor Acceptance** | ■ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Hagaman Property Development, LLC**                    Case number *(if known)* _____

---

█   **Additional Page to List More Codebtors**

| Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page. |
| :--- |
| Column 1: **Codebtor**                         Column 2: **Creditor** |

| | Codebtor | Address | Creditor | Schedule |
| --- | --- | --- | --- | --- |
| 2.14 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | Nissan Finanace<br>Motor Acceptance | ■ D _2.24_<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | Nissan Finanace<br>Motor Acceptance | ■ D _2.25_<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | Nissan Finanace<br>Motor Acceptance | ■ D _2.26_<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | Nissan Finanace<br>Motor Acceptance | ■ D _2.27_<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | TD Bank, N.A. | ■ D _2.28_<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | TD Bank, N.A. | ■ D _2.29_<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | TD Bank, N.A. | ■ D _2.30_<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | Robert Hagaman | 2283 Big Enough Way<br>Toms River, NJ 08755 | TD Bank, N.A. | ■ D _2.31_<br>☐ E/F _____<br>☐ G _____ |

---

| Debtor | **Hagaman Property Development, LLC** | Case number *(if known)* | _____ |

▇ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor** | Column 2: **Creditor**

| 2.22 | **Robert Hagaman** | **2283 Big Enough Way** **Toms River, NJ 08755** | **TD Bank, N.A.** | ■ D  **2.32** ☐ E/F _____ ☐ G _____ |
| 2.23 | **Robert Hagaman** | **2283 Big Enough Way** **Toms River, NJ 08755** | **U.S. Bank, N.A.** | ■ D  **2.33** ☐ E/F _____ ☐ G _____ |
| 2.24 | **Robert Hagaman** | **2283 Big Enough Way** **Toms River, NJ 08755** | **Valley National Bank** | ■ D  **2.34** ☐ E/F _____ ☐ G _____ |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re **Hagaman Property Development, LLC**

Debtor(s)

Case No.

Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | 15,000.00 |
    | Prior to the filing of this statement I have received | $ | 15,000.00 |
    | Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding. Negotiations with secured creditors to reduce to market value; exemption
    planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of
    motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

---

### CERTIFICATION

  I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**February 11, 2020**
*Date*

/s/ Eugene D. Roth
**Eugene D. Roth**
*Signature of Attorney*
**Law Office of Eugene D. Roth**
**2520 Highway 35, Suite 307**
**Manasquan, NJ 08736**
**732-292-9288  Fax: 732-292-9303**
**erothesq@gmail.com**
*Name of law firm*

---

# United States Bankruptcy Court
### District of New Jersey

In re   __Hagaman Property Development, LLC__                                      Case No. _____
                                            Debtor(s)          Chapter    __11_____

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   __February 11, 2020__                /s/ Robert Hagaman
                                             __Robert Hagaman__/__Managing Member__
                                             Signer/Title

1st Choice Sewer and Drain, Inc.
1031 8th Street
Watertown, SD 57201


24/7 All Services, LLC
6975 Lakehurst Drive
Gulf Shores, AL 36542


307 Service Experts
PO Box 230
Evanston, WY 82931


5 Star Plumbing, Inc.
9525 Highway 151
Anamosa, IA 52205


912 General Maintenance, LLC
8213 Catalpa Ridge Road
Blacklick, OH 43004


A Lock USA, Inc.
PO Box 3663
Wantagh, NY 11793


A&A Plumbing
6408 S 117 Stree
Omaha, NE 68135


A&A Professional Cooling & Heating
1330 Paonia Street
Colorado Springs, CO 80915


A&S Unlimited Heating & Cooling
1663 E Auburn Road
Rochester, MI 48307


A+ Drain Cleaning
2052 150th Street
Lawton, IA 51030


A-1 Evans Septic Services
PO Box 555
Minot, ND 58701

A1 Services
2715 Highway 37
Eveleth, MN 55734

AAA Plumbing & Rooter Service
1000 Fifth Street
Suite 200-Y6
Miami Beach, FL 33139

AAA Sewer and Drain Service, Inc.
PO Box 50711
Casper, WY 82605

AAA-1 Lock and Key
1507 N Midland Blvd.
Nampa, ID 83651

Abbott Electric, Inc.
1935 Allen Ave SE
Canton, OH 44707

Absolute Comfort, Inc.
PO Box 1666
Minot, ND 58702

ABV Services
2450 Lousiana St
Suite 308
Houston, TX 77006

Accent Plumbing
114 E Main Street Unit D
West Fargo, ND 58078

Ace Plumbing, Heating & Supply Co. LLC
800 W 1st Street
McPherson, KS 67460

Addison Smith Mechanical Contractor, Inc
110 Kingsbridge Drive
Carrollton, GA 30117

Advance Door Co.
4555 Willow Parkway
Cuyahoga Heights, OH 44125

Advance Electrics
PO Box 2755
Columbus, MS 39704


Advanced Safe & Lock, NNY LLC
34646 Carter Road
La Fargeville, NY 13656


Affordable Drain-Jet Surge of Iowa
12323 Elk Horn Street
Indianola, IA 50125


Affordable Exteriors
1149 Centerville Turnpike
Chesapeake, VA 23320


Affordable Handyman
6 Northgate Drive
Walden, NY 12586


Affordable Plumbing
226 N. Street Augustine Road
Valdosta, GA 31601


ALI-COR Plumbing LLC
953 Ferryman Quay
Chesapeake, VA 23323


All About Garage Doors LLC
10320 Highway 78 E
Summerville, SC 29483


All Action Plumbing and Drain LLC
2074 W 91st Street
Cleveland, OH 44102


All Drain Sewer Jetting
843 W 11 Street
Davenport, IA 52803


All Flo Plumbing, LLC
2130 Three Mile Road NE
Grand Rapids, MI 49505

All Phase Maintenance
743 Fresno Street
Fresno, CA 93706


All State Plumbing & Construction, Inc.
20194 Congo Ferndale Road
Little Rock, AR 72210


Allied Electric, Inc.
4830 Commercial Drive
Huntsville, AL 35816


Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902


Ally Financial
PO Box 280902
Minneapolis, MN 55438-0902


Ally Financial
PO Box 380902
Minneapolis, MN 55439-0902


Ally Financial
PO Box 280902
Minneapolis, MN 55438-0902


Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902


Ally Financial
PO Box 380902
Minneapolis, MN 55438-0902


Alpha Glass Systems LLC
827 Ridgewood Avenue
North Brunswick, NJ 08902


Alpha Heating & Air
907 Lawnsdale Road
Medford, OR 97504

American Air Heating & Cooling
1300 Pierce
Sioux City, IA 51105


American Electric Service
PO Box 1057
Sherwood, OR 97140


American Express
PO Box 1270
Newark, NJ 07101-1270


American Pro Electric
2976 North Sagefire Avenue
Meridian, ID 83646


AMS Building Systems, Inc.
1401 E Highway 50
Vermillion, SD 57069


Anderson Plumbing LLC
108 Bay Avenue
Bay H
Gillette, WY 82716


AndersonBros.ElectricPlumbing&HeatingInc
2600 Highway 30 E
Kearney, NE 68847


Andor, Inc.
9 North Maple
Watertown, SD 57201


Anthony PlumbingHeating& AirConditioning
226 Central Ave NE
Suite C
Le Mars, IA 51031


Anytime Plumbing
208 East Everett
Fergus Falls, MN 56537


Apex Electric LLC
PO Box 1085
Florence, MS 39073

Aqua Plumbing & Heating LLC
1025 W 10th Street
Crete, NE 68333-2631


ARC Locksmith Service
8 East Pearce Blvd.
Wentzville, MO 63385


Arch Insurance
210 Hudson Street
Suite 300
Jersey City, NJ 07311


Arkansas Backflow and Plumbing
PO Box 11763
Fort Smith, AR 72917


Armesher Plumbing & Heating
16 S Maple
North Platte, NE 69101


Around the Clock Drain Master
PO Box 88304
Sioux Falls, SD 57109


ARS/Rescue Rooter
2548 Oscar Johnson Drive
North Charleston, SC 29405


Associate Electric&BuildingService, Inc
1222 W 6th Street
Laurel, MS 39440


Associated Services Heating Solar & Air
1355 Abbott Street #8
Salinas, CA 93901


Atlantic Plumbing LLC
1212 Industrial Blvd. N
Dallas, GA 30132


Attaboy Plumbing, Inc.
21517 Noble Reames Road
Zachary, LA 70791

Aupperle Plumbing & Heating
314 West Front Street
North Platte, NE 69101


Austin Plumbing & Heating
3924 Verot School Road
Youngsville, LA 70592


B&B Sewer and Septic Tank Pumping
4303 Charles Street
Cheyenne, WY 82001


Backlund Plumbing
6215 Grover Street
Omaha, NE 68106


Badger Bob's Air Conditioning
215 Interstate Blvd.
Sarasota, FL 34240


Bankords Electric LLC
44741 265th Street
Hancock, MN 56244


Bar S Bar Electric, Inc.
600 N 10th Street
Worland, WY 82401


Bassworx LLC
7734 Madison Blvd.
Suite 102
Huntsville, AL 35806


Bastoe Plumbing
708 N 30th Street
Monroe, LA 71201


Bauer Plumbing & Heating Inc
N102 Old 26 Road
Aniwa, WI 54408


Bay Electric
1288 Columbus Ave
Suite 164
San Francisco, CA 94133

Bee Line Drain & Sewer Cleaning
PO Box 35753
Des Moines, IA 50315


Belcher's Electric
2351 Bellevue Avenue
Atco, NJ 08004


Benjamin Chaise and Associates
6520 Platt Ave 663
West Hills, CA 91307


Berente Companies, LLC
6243 Chippendale Drive
Baton Rouge, LA 70817-3524


Berry Locks Service
13126 W Frontage Road
Grandview, MO 64030


Best Plumbing Heating and Cooling
2044 Illinois Street
Sidney, NE 69162


BillLizotteArchitecturalGlass&Aluminium
400 Wampanoag Trail
Riverside, RI 02915


Bio-Serv Corporation
1130 Livernols Road
Troy, MI 48083-2711


Black Diamond Plumbing
1400 Miller Parkway
McHenry, IL 60050


Blue Vine
401 Warren Street
Suite 300
Redwood City, CA 94063


Blue Vine
c/o Dedicated Commercial Recovery
1970 Oakcrest Ave. Suite 217
Saint Paul, MN 55113

Bob the Handyman
PO Box 4097
Waynesville, MO 65583


Bottineau Plumbing & Heating LLP
1122 Highway 5 NE
Bottineau, ND 58318


Braaten Plumbing
5237C 134th Ave. NW
Williston, ND 58801


Bradford & Sons Inc
5161 Co Road 16
Canandaigua, NY 14424


Brian's Handyman Service
2102 N. Leonard Road
Saint Joseph, MO 64506


Brick Roto Rooter
PO Box 514
Aberdeen, SD 57402


Brooker Corp.
PO Box 1022
Newton, IA 50208


Brown Construction & Plumbing
1203 Middle Fork Drive
Gillette, WY 82718


Bubba's Handyman Service
3803 Chamberlayne Avenue
Richmond, VA 23227


Burley's Best Price Locksmith
1101 Tyvola Road #311
Charlotte, NC 28217


Burnison Plumbing & Heating
49 2nd Street SE
Huron, SD 57350

Busy Bee
PO Box 483
Amory, MS 38821


BWS Plumbing Heating & Air Conditioning
7251 Washington Ave S
Minneapolis, MN 55439


C&C Janitorial Services
1834 E Tulpehocken Street
Philadelphia, PA 19138


C&K Construction
PO Box 583
Junction City, KS 66441


Capistrano Air
23011 Moulton Pkwy C-13
Laguna Hills, CA 92653


Capital City Garage Doors
12876 Roalde Road
Tallahassee, FL 32317


Castle Glass Pro LLC
6708 Metropolitan Center Drive
Unit 402
Springfield, VA 22150


Cecchini Plumbing & Heating
3290 Genesee Street
Suite 204
Buffalo, NY 14225


Centra Leasing
5403 Olympic Drive NW
Suite 200
Gig Harbor, WA 98335


Centra Leasing
5403 Olympic Drive NW
Gig Harbor, WA 98335

Central Window Cleaning
1310 Brookpark Road
PO Box 347154
Cleveland, OH 44109


Chadron Plumbing
154 Bordeaux Street
Chadron, NE 69337


Charlie's North Platte Plumbing, Inc
1400 E 8th Street
North Platte, NE 69101


Charlie's Plumbing, Inc.
321 W Jefferson Street
Brooksville, FL 34601


Chase Auto Finance
PO Box 15548
Wilmington, DE 19886-5548


Christenson Electric
17201 NE Sacramento Street
Portland, OR 97230


Christenson Electric Inc.
c/o NACM Commercial Services
606 N. Pines Road Suite 102
Spokane, WA 99206


Chuck's Lock and Safe
833 County Road H
Unit 6
Wisconsin Dells, WI 53965


Citizens Bank
One Citizens Drive
Riverside, RI 02915


Clark Pest Control of Stockton, Inc.
555 N Guild Ave
Lodi, CA 95240

Clausen Plumbing and Heating
519 N Federal Highway
Mason City, IA 50401


Climate Control of Pensacola, Inc
3849 Hopkins Street
Pensacola, FL 32505


Coastal Plumbing Company
14532 Porteux Bay Drive
Biloxi, MS 39532


Comflow Mechanical Services
6411 Lawford Lane
Houston, TX 77040


Comfortech Service Experts
108 Business Park Drive
Suite A
Ridgeland, MS 39157


Commercial Electric, Inc.
PO Box 1157
Mattoon, IL 61938


Completed Plumbing SD
302 Folsom Street
Brookings, SD 57006


Conan Heating and Air
429 W 18th Street
Idaho Falls, ID 83402


Cooley Pumping
101 Railroad Street
Morrison, IA 50657


Copper Cottage Plumbing Heating and AC
4015 N Lewis Ave
Sioux Falls, SD 57104


Cother Air Conditioning & Heating
4227 Allen Genoa
Pasadena, TX 77504

County Plumbing
1102 S. Greeley Highway
Cheyenne, WY 82007


CPI Development
342 Dallas Bessemer City Highway
Dallas, NC 28034


Crackerjacks, LLC
602 W Greentree Drive
Chandler, AZ 85225


Craven AG Services Inc.
2115 Highway 55 West
New Bern, NC 28562


Critter Crushers LLC
263 W Market Street
York, PA 17401


Croston Contracting Services, LLC
105 MacMurdo Street
Ashland, VA 23005


Crown Plumbing
405 Meridian Ave
San Jose, CA 95126


Crystal Overhead Door Inc.
5030 W. Lawrence Ave
Chicago, IL 60630


CT Electric
16 Pamanata Meadows
Beacon Falls, CT 06404


D&C Enterprise dba Dale's Plumbing
PO Box 538
Tecumseh, OK 74873


D&H Appliance Service
1050 S Cypress St
La Habra, CA 90631

D.P Plumbing
2921 N Court Road
Ottumwa, IA 52501


Da Costa


Dalton Plumbing
5536 Nordic Drive
Cedar Falls, IA 50613


Dan Riley Plumbing
20 N 16th Street
Fort Dodge, IA 50501


Dan's Drain and Duct Cleaning
705 W Hemlock Street
Beresford, SD 57004


Dan's Plumbing Service
811 N Grand Ave
Pierre, SD 57501


Dandee Services, Inc.
7750 Belmont Lane
Bismarck, ND 58501


Danny's Plumbing Service


Dash Heating & Cooling, Inc.
12417 Cantrell Road
Little Rock, AR 72223


Dell Financial
PO Box 5275
Carol Stream, IL 60197-5275


Deluce Group dba Andy on Call
625 Bakers Bridge Ave
Franklin, TN 37067

Deluxe Heating & Cooling, Inc.
5862 Mayfield Road
Cleveland, OH 44124


Dewey & Sons Plumbing
901 Highway 5 North
Mountain Home, AR 72653


DH Place Co.
279 Ottley Drive
Atlanta, GA 30324


DHS Inc dba Rotor Rooter Plumbers
2001 W I-65 Service Road N
Mobile, AL 36618


Dickensons Electric, Inc.
4224 Lakeview Blvd.
Lake Oswego, OR 97035


Dillon Plumbing
605 E Hawaii Ave
Nampa, ID 83686


Discount Garage Door LLC
9109 N 139th Ave
Owasso, OK 74055-4591


Donarumo Plumbing & Heating
PO Box 505634
Chelsea, MA 02150


Done Right Handyman
541 Summer Lake Lane
Virginia Beach, VA 23454


Door Medic, Inc.
PO Box 45
Boones Mill, VA 24065-0045


Door Specialist LLC
451 Dauphin Island Parkway
Mobile, AL 36606

Doug's Plumbing
15622 Shady Acres Drive
Wadena, MN 56482


Dr. Electric
PO Box 281
Helena, AL 35080


Dr. Gilbert Loggato
19 Huntington Court
Toms River, NJ 08753


Drain Doctor LLC
PO Box 282
Burlington, IA 52601


Drain Masters, Inc
PO Box 142
Yankton, SD 57078


Drain Pro Professional Services
824 Christy Ave
Trumann, AR 72472


Drain Savers LLC
PO Box 5694
Grand Forks, ND 58206


Drain Specialists Inc.
PO Box 4682
Sioux City, IA 51104


Drain Surgeon
PO Box 526
Columbus, NE 68602


Drake's Plumbing
22 Johnson Road North
Greenville, MS 38703


E&T Plumbing LLC
PO Box 351
Redwood Falls, MN 56283

Eagle Locksmith Inc.
4505 Main Street #354
Virginia Beach, VA 23462


Eagle Plumbing and Heating
PO Box 1168
Laramie, WY 82073


EC Electric
5350 Webb Parkway
Lilburn, GA 30047


EDS Pro Services
5127 Gehring Road
Racine, WI 53402


El Paso Handyman LLC
PO Box 10384
El Paso, TX 79995


Electric Alley
3419 Appalachian Ave
Cody, WY 82414


Elite Overhead Garage Doors LLC
5755 Elm Tree Drive
Buford, GA 30518


Elk Grove Handyman
9825 Allen Ranch Way
Elk Grove, CA 95758


Emineth Plumbing LLC
503 W Ave B
Bismarck, ND 58501


Emory Plumbing
2085 Hotel Circle S
San Diego, CA 92108


Esquisure Inspectors
7205 N 143rd Street
Omaha, NE 68142

Everest Business Funding
5 West 37th Street
Suite 1100
New York, NY 10018


Ewert Plumbing
1316 W 4th Street
Davenport, IA 52802


Extreme Plumbing
1118 E Capital Ave
Grand Island, NE 68801


Eyman Plumbing Inc.
8506 S 117th Street
La Vista, NE 68128


EZ Flow Plumbing & Drain Cleaning
2601 Halls Mills Road
Mobile, AL 36606


F5 Facility Services LLC
445 South Main Street
Pittsburgh, PA 15220


Feeney Plumbing Heating & Air
1362 Ridgewood Drive
Le Mars, IA 51031


Fidelity Locksmith
400 Granville Drive
Riva, MD 21140


Financial Pacific Leasing
3455 S.344th Way, Suite300
Federal Way, WA 98001


Financial Pacific Leasing
3455 S.344th Way, Suite300
Federal Way, WA 98001


Firelands Electric, Inc.
2721 Columbus Ave
Sandusky, OH 44870

First Place Glass
9235 Lakewood Blvd.
Downey, CA 90240


Fischer Plumbing
195 Dewey Ave
Suite 201 B
Rochester, NY 14608


Five Star HandyCrew Services
2232 London Street
Virginia Beach, VA 23454


Ford Motor Credit
PO Box 220564
Pittsburgh, PA 15257-2564


Foxworth Enterprises Inc
PO Box 8458
Chattanooga, TN 37414


Frank Millard & Co Inc.
107 Valley Street
PO Box 278
Burlington, IA 52601


Frisbee Plumbing
4101 S Minnesota Ave
Sioux Falls, SD 57105


Garage Door Services and Repair Inc
4660 Beechnut Street #225
Houston, TX 77096


Garys Handyman
PO Box 8602
Paducah, KY 42002


Gering Valley Plumbing & Heating
1100 10th Street
Gering, NE 69341


Giddy-Up Locksmith
5955 Alpha Road #C511
Dallas, TX 75240

Gladden Equipment Company Inc
24 W 28th Street
Chattanooga, TN 37408


Glass Doctor
3915 1H 35S #110
New Braunfels, TX 78130


Glenn Klair Plumbing & Heating Inc.
937 Tile Drive
PO Box 259
Red Wing, MN 55066


GM Financial
4001 Embarcadero Drive
Arlington, TX 76014


GM Financial
4001 Embarcadero Drive
Arlington, TX 76014


Goering Plumbing Heating and Cooling
3710 SE Capital Circle
Suite B
Grimes, IA 50111


Greelite Handyman LLC
13110 SW Burlwood Street
Beaverton, OR 97005


Greely Plumbing
20585 State Highway 28
Glenwood, MN 56334


Green's Sewer Service
2331 Middle Road
Ashtabula, OH 44004


Greg's Services LLC
67 W Cotton Hill Road
Portland, CT 06480


Gregg's Plumbing
1815 Divisions St. West
Bemidji, MN 56601

Greiner Electric
525 W Elk Ave Unit 3
Jackson, WY 83001


Guardian Plumbing Services
16401 Old Central Ave
Upper Marlboro, MD 20774


Guice Electric LLC
613 First Avenue
Ocean Springs, MS 39564


Guy Boyd Plumbing & Heating
5315 Garrad Ave
Savannah, GA 31405


H.B.C. Electric Inc.
PO Box 7155
306 Chestnut Street
Roselle, NJ 07203-7155


Hady Electric
PO Box 580
Watertown, WI 53094


Handyman 831
152 W San Luis Street
Salinas, CA 93901


Handyman Joes
3706 S 138th Street
Omaha, NE 68144


Handyman Matters
1515 Bethel Road
Office #10
Columbus, OH 43220


Handyman of GA LLC
PO Box 72491
Marietta, GA 30007-2491


Handyman Services
960 Tatum Road
Memphis, TN 38122

Handyman Services of Laredo
328 Larga Vista Drive
Laredo, TX 78043


Harn Plumbing & Professional Renovations
354 Green Oak Lane
Madison, MS 39110


Harold's Handyman Service LLC
5633 17th Ave NE
Olympia, WA 98516


Hawkins Electric Service Inc.
8667 Cherry Lane
Laurel, MD 20707


Hay's Heating & Air Conditioning
3160 Hillsborough Road
Durham, NC 27705


Heating & Air Experts of Wilmington
6420 Amsterdam Way D
Wilmington, NC 28405


Helps Drain Cleaning
PO Box 1225
Mason City, IA 50402-1225


Henderson A/C
472 Claremore Street
Corpus Christi, TX 78412


Herman Plumbing Co., Inc.
904 North Broadwell Ave
Grand Island, NE 68803


His Hands Maintenance Solutions
659 Frankfort Drive
Hermitage, TN 37076


Holling Plumbing Sewer & Drain Cleaning
131 S Minnesota Ave
Hastings, NE 68901

Home Maintenance Services (NEED ADDRESS)


Home Remondeling & Repair Inc
1982 Diamond Street NE
Canton, OH 44721


Honeycomb Handyman Services
974 E 300 S
Salt Lake City, UT 84102


Housecalls
711 NE 16th Court
Gresham, OR 97030


Housing Services Group LLC
10421 Londonbridge Court
Cincinnati, OH 45242


In Town HVAC Services Inc.
326 South Street
Elgin, IL 60123


Independent Paint & Flooring
219 S Victory Drive
Mankato, MN 56001


Iowa Sewer and Drain Service
PO Box 65
Marshalltown, IA 50158


Iron Range Plumbing & heating Inc
2508 1st Ave
Hibbing, MN 55746


Ivy Jones Plumbing
505 North State Street
Clarksdale, MS 38614


J L Handyman Service
849 E Mount Hope Highway
Grand Ledge, MI 48837

J&T Plumbing and Heating
100 N State Street
Hubbard, IA 50122


Jake Sewer & Drain Cleaning
PO Box 7536
Fargo, ND 58106


Jason Mazzer Plumbing and Heating LLC
172 Graham Terrace
Saddle Brook, NJ 07663


Jax All Glass
5198 Verdis Street
Jacksonville, FL 32258


Jay Litman ConstrRemd&HandymanSvcs, Inc.
5224 Washburn Road
Duluth, MN 55803


JBM Mechanical Services Inc
1243 Military Road
Suite 4
Buffalo, NY 14217


JBS Plumbing & Remodel
6304 Northdale Drive
Black Hawk, SD 57718


Jeff Bonham Electric Inc
3521 Wrightway Road
Dayton, OH 45424


Jeff's SOS Drain&SewerCleaningSvcs Inc
4825 Hanover Road
Mound, MN 55364


Jiffy Rooter Enterprise Inc
PO Box 1236
Sioux City, IA 51102


JMJ Zangel dba JMJ Sewer Service
16619 Terrey Pine Drive
Eden Prairie, MN 55347

Joe Czuchran dba Deluxe Doors
117 South Zane Highway
Martins Ferry, OH 43935


John Gowing Plumbing & Heating
1210 W Sheridan Ave
Shenandoah, IA 51601


John Rand the Handyman
1906 Old Government Street
Mobile, AL 36606


John's Sewer and Drain Cleaning
855 Village Center Drive #311
Saint Paul, MN 55127


Johnson Communications Inc.
29-B Stumpfield Road
Pensacola, FL 32503


Jordan Plumbing Services
246 Turner Street
Waynesboro, MS 39367


JP Plumbing & Heating
895 7th Ave
Marion, IA 52302


JustInTime Plumbing, Inc
683 Congress Street
Costa Mesa, CA 92627


Keith's Electrical Contractors
2232 Brooklyn Ave
Harvey, LA 70058


Kelly's Plumbing
6108 25th St. N.
Fargo, ND 58102


Ken's Enterprise, LLC
635 Pebble Blvd
Covington, GA 30016

Kennan Redmond D/B/A/ Greater Plumbing
1158 Horsley Mill Rd
Carrollton, GA 30116

Kenner Plumbing, Inc.
PO Box 22
Brookings, SD 57006

King Plumbing
137 CR 7808
Jonesboro, AR 72401

Kirk Electric, LLC
112 Lakeview Drive
Guntown, MS 38849

Kozy Colors Remoldeling
215 West 2nd Street
PO Box 133
Waterford, PA 16441

Kramer & Sons Overhead Door, LLC
1219 Mayo Road
Edgewater, MD 21037

Kreimer Air Inc.
5725 Topeka Dr.
Tarzana, CA 91356

Kromer Plumbing
PO Box 1264
Mitchell, SD 57301

KT Mechanical, Inc
2134-C Chanticleer Ave
Phoenix, AZ 85065

Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132

Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132

Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132


Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132


Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132


Kubota Credit Corporation
PO Box 0559
Carol Stream, IL 60132


Kushnick-Pallaci PLLC
630 Jognson Ave
Suite 201
Bohemia, NY 11716


Lammel Plumbing, Inc
200 N 7th
Suite 1
Beatrice, NE 68310


Landmark 05, LLC
PO Box 730
Evanston, WY 82931


Laney's Inc.
55 South 27th Street
Fargo, ND 58103


Laney's Mechanical Inc.
c/o Turman & Lang, Ltd.
5050 N Broadway Suite 207
Fargo, ND 58107-0110


Laney's Mechanical, Inc
1034 Hwy. 59 South
Detroit Lakes, MN 56501

Lang Electric
9145 South River Rd
Waterville, OH 43566


Lash's Glass
2242 Park Avenue
Chico, CA 95928


Lauby Plumbing & Heating
8548 East Spruce Rd.
Wymore, NE 68466


Lavigne Welding
2970 Skyview Drive
Lot#96
Lithia Springs, GA 30122


Le Loux Diversified
2705 Garfield Ave
Doon, IA 51235


Lee Plumbing & Heating Co. Inc.
1430 Main Ave N
PO Box 530
Thief River Falls, MN 56701


Lee's Heating, Air, & Refrigeration, Inc
404 Ironwood Drive
Salt Lake City, UT 84115


Leeco Plumbing , LLC
12869 387th Ave
Aberdeen, SD 57401


Legacy Heating & Air
6502 Bluffton Road
Fort Wayne, IN 46809


Liberty Door Repair
3605 Chastain Court
Alpharetta, GA 30004


Lindow Plumbing, Inc
24454 Fairwood Lane
Nevis, MN 56467

Lloyd's Electric Service, Inc
5553 Jeffrey Lane
Morristown, TN 37813


Lock and Safe, LLC
833 Country Rd. H Unit 6
Wisconsin Dells, WI 53965


Lone Star Concept Solutions, LLC
1047 Knoxbridge Road
Forney, TX 75126


Lone Star Handyman Services
PO Box 1486
Summerville, SC 29484


Long's Plumbing & Heating, Inc
1604 E Highway #14-16
Gillette, WY 82716


Loyal Plumbing
3225 W. Rapid Street
Rapid City, SD 57702


Lynch & Son's Plumbing
675 North Haven Dr.
Robins, IA 52328


M & M Handyman
9864 Dino Dr
#7
Elk Grove, CA 95624


M & O IIndustries D/B/A/ Garage Door 911
8301 SW 41st
Fort Lauderdale, FL 33328


Maher Plumbing & Heating
526 W 2nd
Ottumwa, IA 52501


Malphus Electrical Contracting, Inc.
200 Richey Lane
Douglas, GA 31535

Maniaci Construction
324 Fee Fee Rd
Maryland Heights, MO 63043


Marick, Inc
138 Jefferson Ave
Des Moines, IA 50314


Martinez Plumbing and Heating, Inc.
2307 S Greeley Hwy
Cheyenne, WY 82007


Master Plumbing Services
PO Box 2451
Inver Grove Heights, MN 55076


McCarl's Preferred Services
829 24th St.
Altoona, PA 16601


Mclain Plumbing
107 Magnolia Street
Philadelphia, MS 39350


Mechanical Air Conditioning
1373 North Killian Drive
Lake Park, FL 33403


Mel's Heat & Air
1745 Mccormick St
Turlock, CA 95380


Metro Plumbing
PO Box 227
Norfolk, NE 68702


Mid-South Electric Contractors, Inc
3869 New Getwell Rd
Memphis, TN 38118


Mikal The Locksmith
9216 Randall Drive NW
Gig Harbor, WA 98332

Mike's AC & Refrigeration, LLC
2250 NW Sunset Blvd
Jensen Beach, FL 34957


Mike's Plumbing
169 Mt Vernon Ave
Augusta, ME 04330


Millard Plumbing Inc.
205 Dardanelle Dam Rd
Dardanelle, AR 72834


Mitchell Plumbing & Heating, Inc
801 N Rowley St.
PO Box 1328
Mitchell, SD 57301


MJS Septic Systems


Mobile Washer


Monterey John's Repair
PO Box 51704
Pacific Grove, CA 93950


Morris Plumbing and Sewer
1694 Laurel Creek Cir
Lithonia, GA 30058


Morton Plumbing, Inc
2426 Winford Ave
Nashville, TN 37211


Mount Pleasant Plumbing and Heating
2310 235th St
Mount Pleasant, IA 52641


Mountain West Electrical Services
PO Box 2102
Pinedale, WY 82941

MPG Mechanical
64 Laurel Road
Charlestown, RI 02813


Mr Electric of Baton Rouge
PO Box 80724
Baton Rouge, LA 70898


Mr. Electric of Lafayette
PO Box 658
Carencro, LA 70520


Mr. Electric of Tri-Cities
3201 Kimberely Ct
Suite 300-D6
Johnson City, TN 37604


Mr. Handyman of Morresville
470 North Broad St
Suite C
Mooresville, NC 28115


Mr. Rooter Plumber
4520 Federal Blvd #A
San Diego, CA 92102


Mr. Rooter Plumbing
248A Turner St
AL 36367


Mr. Rooter Plumbing of Dubuque
5085 Wolff Road
Dubuque, IA 52002


Ms Fix It and Landscaping
1649 South Main Street
Suite 106
Milpitas, CA 95035


Mt Pleasant Heating & AC
2310 235th St
Mount Pleasant, IA 52641


Murray Plumbing

Nagel Plumbing
1404 West John Street
Grand Island, NE 68801


Nano Flex Funding


New England Restaurant Retail Maint.
400 West Cummings Park
#1050
Woburn, MA 01801


Nicks Appliance Service Inc
180 Boston Avenue
#B
San Jose, CA 95128


Nissan Finanace Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360


Nissan Finanace Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360


Nissan Finanace Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360


Nissan Finanace Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360


Nissan Finanace Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360


Nissan Finanace Motor Acceptance
PO Box 660360
Dallas, TX 75266-0360


Northstar Plumbing
3039 Ridge Drive E
West Fargo, ND 58078

Nuckles and Sons, LLC
310 N Culberhouse
Jonesboro, AR 72401


Nyac Plumbing
2452 Palisades Center Dr
West Nyack, NY 10994


O'Brien Electric
71994 Rd. 373
Culbertson, NE 69024


Obist & Co
5020 Howard Blvd.
Columbus, NE 68601


Oceans Enterprise, LLC D/B/A Floor Pros
2626 Old Fair Road
Grand Island, NE 68803


On The Level Plumbing
PO Box 271
Poughkeepsie, NY 12602


On Track Doors, Inc
914 SE 9th St.
Cape Coral, FL 33990


One Call Plumbing
PO Box 851062
Mobile, AL 36685


Orres & Gailey Plumbing, Heating & A/C
330 5th Avenue South
Fort Dodge, IA 50501


Overhead Door Co of Southwest Georgia, I
PO Box 3747
Albany, GA 31706


Overhead Door Co of the Permain Basin
707 S. Colorado
Midland, TX 79701

Oxford Plumbing


Patrick Heating & Air Conditiong
1602 S. Monroe
Amarillo, TX 79102


Patriot Plumbing and Drain Service
PO Box 3046
West Memphis, AR 72303


Paul L. Buddy Plumbing & Heating Inc.
195 W Ashland Ave
Aurora, IL 60506


Peterson Plumbing & Heating Co
926. W. 3rd Street
Davenport, IA 52802


Piazza Plumbing Co, Inc,


Pierce Plumbing, Inc
1518 North Main Street
Hattiesburg, MS 39401


Pike Plumbing & Heating, Inc
830 Brook Street
Brainerd, MN 56401


Pinnacle Plumbing Inc
3200 3rd Ave
Suite 200
Marion, IA 52302


Pipe it up Plumbing Service, LLC
PO Box 54576
Pearl, MS 39288


PJN Enterprise  D/B/A/ Priority Plumbing
600 Holcomb Ave. #4
Des Moines, IA 50313

Plumbing the Bay
21615 Hesperian Blvd.
Hayward, CA 94541


Plumbing Today, Inc.
c/o Aldo Vitagilano, Esq.
150 Purchase St #9
Rye, NY 10580


Pollman Plumbing, Heating & Air
324 3rd Street
PO Box 621
Fairbury, NE 68352


Pontotoc Plumbing
207 Industrial Dr
Pontotoc, MS 38863


Power Doctors Electrical Services, LLC
PO Box 265
Southaven, MS 38671


Powerhouse Plumbing
PO Box 65014
Lubbock, TX 79464


Precise Plumbing


Precision Door Service of Jackson
113 N Layfair Drive
Flowood, MS 39232


Precision Garage Door Serv of Huntsville
3411 Highway 53
Suite B
Huntsville, AL 35806


Presision Door Service of Noblesville
14560 Bergen Blvd
Suite 100
Noblesville, IN 46060

Procollect Svcs. Inc.
c/o P.D.A. B. Inc.
PO Box 98
Rockaway, NJ 07866-0098


Proctor & Graves Service Company
PO Box 44146
Nashville, TN 37204


Quality Fence Company
PO Box 384
Wildwood, GA 30757


Quarter Spot
c/o Parket Simon Koklis
110 N Washington St
Suite 500
Rockville, MD 20850


Quinn Home Improvement
3401 South Jesse James Circle
Sioux Falls, SD 57103


R & S Overhead Garage Door, Inc
1140 Montague Ave
San Leandro, CA 94577


R A Fisher Electric LLC
20815 Wolfridge Rd
Killeen, TX 76549


Race, LLC DBA Craven Electrical Service
4811 Bethlehem Road
Suite B
Richmond, VA 23230


Radio Controlled Garage Door & Gate
PO Box 482116
Kansas City, MO 64148


Ralph's Plumbing & Heating Inc
612 Burdick Expressway East
Minot, ND 58701

Rame Services, LLC
2031 Marravilla Circle
Fort Myers, FL 33901


Randy's Plumbing & Heating Inc
200 Rim Road
Lafayette, LA 70507


Rapid Rooter (C & E Wood)
2017 E HIghway 44
Rapid City, SD 57701


Ray & Son Heating & Air Conditioning Inc
540 Hazel Ave
Nashville, GA 31639


Ready People
c/o Law Office of Joseph A. Molinaro LLC
648 Wyckoff Ave
Wyckoff, NJ 07481


Rebel Electric, Inc
PO Box 118
Sherman, MS 38869


Reid Construction


Renner Garage Doors
3530 NE Kimball Drive
Kansas City, MO 64161


Ricker Plumbing, Heating & A.C.


Riley Armstrong Plumbing
11 North 20th Street
Fort Dodge, IA 50501


Rivers Edge Plumbing & Heating, Inc
PO Box 1941
Bismarck, ND 58502

```
Robert Brown Plumbing
4801 Hazel Jones Road
Bossier City, LA 71111


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755
```

Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755

Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Robert Hagaman
2283 Big Enough Way
Toms River, NJ 08755


Rochester Drain Rite, Inc
PO Box 6380
Rochester, MN 55903


Rock Mechanial
4009 Felland Road
Suite 107
Madison, WI 53718


Rooterman of Milton Florida
6061 Oglesby Road
Milton, FL 32570


Rose City Garage Doors, Inc
115 East lane
Thomasville, GA 31757


Roto Rooter
PO Box 1103
Ames, IA 50014


Roto Rooter
852 44th St SE
Cedar Rapids, IA 52403


Roto Rooter
4005 SE Grimes Blvd.
Grimes, IA 50111


Roto Rooter
235 E Jefferson St
Rhodes, IA 50234

Roto Rooter
852 44th St SE
Cedar Rapids, IA 52403


Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693


Roto Rooter
PO Box 7226
Sherwood, AR 72114


Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693


Roto Rooter
Kansas City, MO 64506


Roto Rooter
PO Box 1063
Moorhead, MN 56561


Roto Rooter
5278 Telegraph Road
Toledo, OH 43612


Roto Rooter
300 Kansas Lane
Monroe, LA 71203


Roto Rooter
5672 Collections Center Drive
Chicago, IL 60693


Roto Rooter
PO Box 3154
Bismarck, ND 58502


Roto Rooter
PO Box 4607
Sioux City, IA 51104

Roto Rooter #10507
794 Drexel Street
Ralston, NE 68127


Roto Rooter Bellevue
5672 Collections Center Drive
Chicago, IL 60693


Roto Rooter Cherry Hill
5672 Collections Center Drive
Chicago, IL 60693


Roto Rooter DBA Mac Services Inc
3901 W Cavalry Ct
Lincoln, NE 68528


Roto Rooter Norcross
5672 Collections Central Drive
Chicago, IL 60693


Roto Rooter of Burlington
13802 80th Street
Burlington, IA 52601


Roto Rooter of Carroll
PO Box 1103
Ames, IA 50014


Roto Rooter of Iowa Falls
PO Box 61
Iowa Falls, IA 50126


Roto Rooter of Minot
6621 16th Ave NW
Minot, ND 58703


Roto Rooter SD
PO Box 623
Sioux Falls, SD 57101


Roto Rooter Sewer Drain Services
2840 Wilder Rd NW
Rochester, MN 55901

Roto Rooter Sewer Service
PO Box 157
Ottumwa, IA 52501


Roto Rooter Woodbridge VA
5672 Collections Center Dr.
Chicago, IL 60693


RSDM, LLC DBA Tony's Enterprises
1921 W Dimond Blvd
Unit A
Anchorage, AK 99515


RVJJ Service
915 West 8th St
North Platte, NE 69101


RW Handyman Services
1808 Somerfield Lane
Crystal Lake, IL 60014


Ryan Shelton
C/O Deep Springs Maintenance Group
Madison, NC 27025


S & R Louisiana LLC
D/B/A Precision Door Service
8967 Castille Rd, Suite M
Baton Rouge, LA 70809


Safe T Locks


Same Day Electric
4299 W Chinden Blvd
Garden City, ID 83714


San Diego 1/2 Price Handyman
2571 Quidde Aven
San Diego, CA 92122


Schmidt Drain Cleaning, LLC
D/B/A Rooter Man
Buffalo, MN 55313

Schulz Plg, HTG & A/C, Inc
20 11th Ave N
Carrington, ND 58421


Scott B Moores
D/B/A Custom Electric COI
410 Oak Street
Oakland, ME 04963


Scott can fix it
42215 Washington St
A166
Palm Desert, CA 92211


Scott's Glass & Fabrication
2990 Esplanade
Chico, CA 95928


SCR Norther Division
7674 College Road
Suite 115
Baxter, MN 56425


SD Sewer Lining Solutions & Drain
4108 W Newcomb St
Sioux Falls, SD 57106


Security Safe & Lock Co.
2392 E Turkeyfoot Lake Road
Akron, OH 44312


Senninger Plumbing Co. Inc
11107 Cedar Creek Road
Louisville, KY 40229


Service Experts Plumbing & Drain
PO Box 7405
Diberville, MS 39540


Service Glass & Door Co.
401 17th St.
Lake Charles, LA 70601

Service Plumbing & Heating Co., Inc
201 Webbwood Road
Riverton, WY 82501


Sewer Rooter & Plumbing
816 S Eddy Street
Grand Island, NE 68801


Sharkey Plumbing & Heating, Inc
418 S 32nd St
Spearfish, SD 57783


Sheeri Contractor's Inc
204 East 112 Street
New York, NY 10029


Siegel's Floor Coverings
1025 Broadway
Wheaton, MN 56296


Siemer Plumbing
103 South 7th Street
Denison, IA 51442


Skooter Plumbing & Drain Cleaning


Smith's Sewer Service, Inc.
PO Box 351
4620 NW 62nd Ave
Johnston, IA 50131


Sodexo
3847 Crum Road
Youngstown, OH 44515


South Shore Heating & Cooling
57 Whites Path
South Yarmouth, MA 02664


Southern Iowa Plumbing , LLC
406 W. Jackson Street
Corydon, IA 50060

Southwind Ent. Inc. dba 1-800-Got-Junk
9851 Widmer Road
Lenexa, KS 66215


Speedy Rooter Plumbing Spirit Ent. of Or
600 W. 13th Street
South Sioux City, NE 68776


Spirit Enterprise of Oregon Inc.
102 Birch Avenue
Troutdale, OR 97060


Stanley Steamer


Steve's Locksmith Services
56 Flamingo Road
Levittown, PA 19056


Steven Robotaille dba SDR Construction
203 Main Street
Sabattus, ME 04280


Stockton Maintenance Group
1975 Sansbury's Way Suite 116
West Palm Beach, FL 33411


Stoll Plumbing Heating & Cooling
105 E. Cass Street
Osceola, IA


Stoudenmire Heating & Air Conditioning
1516 Barnwell Street
Columbia, SC 29201


Strickland Plumbing


Summit Heating & Cooling, LLC
1415 Murray Drive
Kansas City, MO 64116

Sunbelt Rentals, Inc.
PO Box 409211
Atlanta, GA 30384-9211


Super Hero's Painting
601 Cannery Avenue
Sacramento, CA 95811


Superior Inc.
101 Mundy Memorial Drive
Mount Juliet, TN 37122


Susie's Cleaning 337
165 Gus Brown Road
Anacoco, LA 71403


Tailwind Enterprise LLC dba Apple Plumbi
6017 W Franklin Road
Boise, ID 83709


Tambe Electric
614 Fishers Run
Victor


TC Fix it
1202 Bass Lake Road
Traverse City, MI 49685


TD Bank, N.A.
PO Box 100295
Columbia, SC 29202-3295


TD Bank, N.A.
PO Box 100295
Columbia, SC 29202-3295


TD Bank, N.A.
PO Box 100295
Columbia, SC 29202-3295


TD Bank, N.A.
PO Box 100295
Columbia, SC 29202-3295

TD Bank, N.A.
PO BOx 100295
Columbia, SC 29202-3295


Tennessee Valley Excating


The Appliance Repair Man


The Drain Cleaner
1115 South Lincoln Avenue
Grand Island, NE 68801


The Genuine Overhead Door Columus GA
1230 5th Avenue
Columbus, GA 31901


The Handyman USA
Columbus, GA 31904


The Nashville Handyman
1921 19th Avenue
Nashville, TN 37212


The Plumber Co
IA


The Plumber Master
WA


Tim Rausch Plumbing
1606 W. Haskel St. Suite A
Appleton, WI 54914


Tim's Handywork LLC
45006 Schoolhouse Road
Osage, MN 56570

Tim's Handywork, LLC
45006 Schoolhouse Road
Osage, MN 56570


Timber Ridge Plumbing
1512 Basin Avenue
Bismarck, ND 58504


Titanium Plumbing LLC
PO Box 528
Watford City, ND 58854


Titans Electric
8421 Old Brownsville Road
Arlington, TN 38002


Todd Plumbing
15978 NE 112th Street
Maxwell, IA 50161


Toledo Window & Gutter LLC
7439 2nd Street
Holland, OH 43528


Total Group LLC
15115 Old Hickory Blvd Suite B
Nashville, TN 37211


Turbo Rooter Plumbing & Septic
GA


Turner Plumbing Inc.
217 W. Kidder Street
Vermillion, SD 57069


Tuscan Door Service
1938 W/ Camino Toro Bronco
Vail, AZ 85641


Two Men and A Snake
14919 A. Circle
Omaha, NE 68144

U.S. Bank, N.A.
c/o Schiller, Knapp, Lefkowitz & Hertzel
950 New Loudon Road, Suite 109
Latham, NY 12110-2100


Ugstad Plumbing, Inc.
3209 E. Fir Ave
Fergus Falls, MN 56537


Universal Lighting & Electric LLC
5201 W. 46th Street
Indianapolis, IN 46254


Universal Plumbing Co
8811 SW Spruce Street
Portland, OR 97223


Upkeep
817 26th Street
Milford, IA 51351


USI Insurance Services LLC
PO BOx 62939
Virginia Beach, VA 23466


Valentine Electric, Inc.
374 Greenbush Road
Blauvelt, NY 10913-1108


Valley National Bank
PO.Box 953
Wayne, NJ 07474


Vapor Viper
IA


Varnadore Electric, Inc.
307 South Nicholls Street
Waycross, GA 31503


Velocity Drain Services, Inc.
5650 Quam Ave. NE
Saint Michael, MN 55376

Vilandres Plumbing
PO Box 5673
701 North 7th Street
Grand Forks, ND 58206-5673


Vincent J. Cestaro & Son Plumbing & Heat
705 South Street
Newburgh, NY 12550


Vitt Heating and AC Co. Inc.
4719 Morganford Road
Saint Louis, MO 63116


Walstra Plumbing & Heating Inc.
539 4th Street
Sioux Center, IA 51250


Walter Plumbing
#3 Brassie Drive
Mc Cook, NE 69001


Wheelhouse Plumbing, Inc.
2315 E. Dakota Ave. Suite 1
Pierre, SD 57501-4333


Wiese Plumbing & Excavating, Inc.
620 Marvin Ct
Fremont, NE 68025


Wilcox Plumbing & Heating
PO Box 68
109 3rd St SW
Red Lake Falls, MN 56750


Wildwood Services, LLC
2242 Otter Creek Ln
Sarasota, FL 34240


Williams and Fogg Mechanical Services In
1207 B. School Street
Richmond, VA 23220


Williams Plumbing
2648 260th Street
Marshalltown, IA 50158

Wilmington Heating & Air
PO 16188
Wilmington, NC 28408


Yes Sir Plumbing & Heating
308 1/2 E. Blvd. Apt. B
Bismarck, ND 58502


Yesco Sign and Lighting
1208 Columbus Road, Suite F
Burlington, NJ 08016


Young Electric, LLC
9999 SW Wilshire Street, Suite 221
Portland, OR 97225


Young Plumbing & Heating Co
750 So. Hackett Road
PO Box 1077
Waterloo, IA 50704


Zippy Drain, LLC
800 New York Avenue
Des Moines, IA 50313